Wayson W. S. Wong, Esq.
Law Offices of Wayson Wong
142 Seaton Blvd., Suite 203
Hagatna, Guam 96910
Phone: 475-7448

Attorney for Plaintiffs

FILED
DISTRICT COURT OF GUAM
JUN 09 2003
MARY L. M. MORAN
CLERK OF COURT

IN THE DISTRICT COURT OF GUAM

TERRITORY OF GUAM

| | |
|---|---|
| LUAN Q. TRINH and CHI LUONG, h/w<br><br>Plaintiffs,<br><br>vs.<br><br>MARYFE A. CULIAT and FELY A. CULIAT,<br><br>Defendants. | Civil Case No. 03-00017<br><br>ENTRY OF APPEARANCE |

## ENTRY OF APPEARANCE

Wayson W. S. Wong, Esq., of the Law Offices of Wayson Wong, A Professional Corporation, hereby enters his appearance in this case as counsel of record for plaintiffs Luan Q. Trinh and Chi Luong.

Dated: Hagatna, Guam, June 9, 2003.

_____
Wayson W. S. Wong
Attorney for Plaintiffs

## ORIGINAL