KLEMM, BLAIR, STERLING & JOHNSON
A PROFESSIONAL CORPORATION
1008 PACIFIC NEWS BUILDING
238 ARCHBISHOP F.C. FLORES STREET
AGANA, GUAM 96910
TELEPHONE 477-7857

By THOMAS C. STERLING

Attorneys for  *Defendants Maryfe A. Culiat and Fely A. Culiat*

FILED
DISTRICT COURT OF GUAM
JUN 11 2003
MARY L. M. MORAN
CLERK OF COURT

## IN THE DISTRICT COURT OF GUAM
## TERRITORY OF GUAM

| | |
|---|---|
| LUAN Q. TRINH and CHI LUONG, h/w, <br><br> Plaintiffs, <br><br> vs. <br><br> MARYFE A. CULIAT and FELY A. CULIAT, <br><br> Defendants. | CIVIL CASE NO. 03-00017 <br><br> **ENTRY OF APPEARANCE** |

TO THE PLAINTIFFS HEREIN AND TO THEIR ATTORNEYS OF RECORD:

**PLEASE TAKE NOTICE** that the law offices of Klemm, Blair, Sterling & Johnson, A Professional Corporation, hereby enters its appearance in this action as counsel of record for Defendants **MARYFE A. CULIAT** and **FELY A. CULIAT**.

KLEMM, BLAIR, STERLING & JOHNSON
A PROFESSIONAL CORPORATION

DATED: JUNE 11, 2003            BY: _____
                                    THOMAS C. STERLING
                                    *Attorneys for Defendants Maryfe A. Culiat and Fely A. Culiat*

E62\14226-177
J:\WORD97\OFFICE\WORDDOC\DONGBU\PLD\349-ENTRY OF APPEARANCE RE TRINH ET AL V CULIAT ET AL.DOC