KLEMM, BLAIR, STERLING & JOHNSON
A PROFESSIONAL CORPORATION
1008 PACIFIC NEWS BUILDING
238 ARCHBISHOP F.C. FLORES STREET
AGANA, GUAM 96910
TELEPHONE 477-7857

By THOMAS C. STERLING

Attorneys for *Defendants Maryfe A. Culiat and Fely A. Culiat*



IN THE DISTRICT COURT OF GUAM
TERRITORY OF GUAM

| | |
|---|---|
| LUAN Q. TRINH and CHI LUONG, h/w,<br><br>Plaintiffs,<br><br>vs.<br><br>MARYFE A. CULIAT and FELY A. CULIAT,<br><br>Defendants. | CIVIL CASE NO. 03-00017<br><br>**ANSWER OF DEFENDANTS MARYFE A. CULIAT AND FELY A. CULIAT** |

**COME NOW** Defendants **MARYFE A. CULIAT** and **FELY A. CULIAT** ("Defendants") and in answer to the Complaint herein admit, deny and allege as follows:

1. Defendants admit the allegations contained in paragraphs 1, 3, and 5.

2. In response to paragraph 2, Defendants admit only that Maryfe A. Culiat is an individual and a citizen of the United States, but Defendants deny generally and specifically each and every other allegation contained in said paragraph.

3. Defendants lack sufficient information and belief to formulate a response to the allegations contained in paragraph 4
ORIGINAL

and, basing their denial thereon, deny generally and specifically each and every allegation contained therein.

### COUNT I

1. In response to paragraph 6, Defendants admit only that on or about December 24, 2000, Plaintiff Luan Q. Trinh was operating a vehicle near the entrance to the Micronesia Mall. Defendants lack sufficient information and belief to formulate a response to the balance of the allegations contained in said paragraph and, basing their denial thereon, deny generally and specifically each and every other allegation contained in said paragraph.

2. Defendants deny generally and specifically each and every other allegation contained in paragraphs 7, 8, 9, 10, 11, and 12.

### COUNT II

3. In response to paragraph 13, Defendants reallege and incorporate herein by this reference their responses to paragraphs 1 through 12, inclusive.

4. In response to paragraph 14, Defendants admit only that Fely A. Culiat was the owner of the 1989 Oldsmobile Ciera operated by Maryfe A. Culiat, but Defendants deny generally and specifically each and every other allegation contained in said paragraph.

5. Defendants deny generally and specifically each and every allegation contained in paragraph 15.

KLEMM, BLAIR, STERLING & JOHNSON
A Professional Corporation
1008 PACIFIC NEWS BLDG
238 ARCHBISHOP
F.C. FLORES ST.
HAGÅTÑA, GUAM 96910
TELEPHONE 477-7857

6. In response to paragraph 16, Defendants admit only that Fely A. Culiat allowed Maryfe A. Culiat to operate her motor vehicle, but Defendants deny generally and specifically each and every other allegation contained in said paragraph.

**COUNT III**

7. In response to paragraph 17, Defendants reallege and incorporate herein by this reference their responses to each and every allegation from prior counts of this Complaint.

8. Defendants deny generally and specifically each and every allegation contained in paragraph 18.

**FIRST AFFIRMATIVE DEFENSE**

The Complaint fails to state a claim or claims upon which relief may be granted.

**SECOND AFFIRMATIVE DEFENSE**

This action should be stayed pending resolution of a prior action pending in the Superior Court of Guam involving the same parties and same claims.

**THIRD AFFIRMATIVE DEFENSE**

The actions and damages alleged in the Complaint resulted solely and proximately from the negligent and careless conduct of Plaintiff Luan Q. Trinh and the amount of damages recoverable from these answering Defendants, if any, must be reduced in an amount commensurate to the percentage of causal negligence attributable to Luan Q. Trinh.

//

KLEMM, BLAIR,
STERLING & JOHNSON
A PROFESSIONAL CORPORATION
1008 PACIFIC NEWS BLDG
238 ARCHBISHOP
F.C. FLORES ST.
HAGÅTÑA, GUAM 96910
TELEPHONE 477-7857

## FOURTH AFFIRMATIVE DEFENSE

The comparative fault attributable to Plaintiff Luan Q. Trinh is imputable to the loss of consortium claims of Plaintiff Chi Luong and the amount of damages, if any, recoverable by Chi Luong must be reduced in an amount commensurate to the percentage of causal negligence attributable to Luan Q. Trinh

**WHEREFORE**, Defendants **MARYFE A. CULIAT** and **FELY A. CULIAT** pray judgment as follows:

1. That Plaintiffs take nothing by their Complaint;
2. For costs of suit incurred herein; and
3. For such other and further relief as the Court may deem just and proper.

KLEMM, BLAIR, STERLING & JOHNSON
A PROFESSIONAL CORPORATION

DATED: JUNE 18, 2003     BY: _____
THOMAS C. STERLING
*Attorneys for Defendants Maryfe A. Culiat and Fely A. Culiat*

E22:62\14226-177
\\PNB1\CABINET\WORD97\OFFICE\WORDDOC\DONGBU\PLD\358-ANSWER OF CULIATS RE TRINH ET AL V CULIAT ET AL.DOC

KLEMM, BLAIR,
STERLING & JOHNSON
A Professional Corporation
1008 PACIFIC NEWS BLDG
238 ARCHBISHOP
F.C. FLORES ST.
HAGÅTÑA, GUAM 96910
Telephone 477-7857