Wayson W. S. Wong, Esq.
Law Offices of Wayson Wong
142 Seaton Blvd., Suite 203
Hagtna, Guam 96910
Ph. 475-7448

Attorney for Plaintiffs

FILED
DISTRICT COURT OF GUAM
SEP 03 2003
MARY L. M. MORAN
CLERK OF COURT

IN THE DISTRICT COURT OF GUAM

TERRITORY OF GUAM

| | |
|---|---|
| LUAN Q. TRINH and CHI LUONG, h/w<br><br>Plaintiffs,<br><br>vs.<br><br>MARYFE A. CULIAT and FELY A. CULIAT,<br><br>Defendants. | Civil Case No. 03-00017<br><br>SCHEDULING ORDER AND DISCOVERY PLAN |

## SCHEDULING ORDER AND DISCOVERY PLAN

Pursuant to Rules 16 and 26(f) of the Federal Rules of Civil Procedure (FRCP) and Local Rules (LR) 16.1 and 16.2 of the District Court of Guam, the parties submit the following Scheduling Order and Discovery Plan:

1. The nature of the case is as follows. This is an action by plaintiffs to recover bodily injury damages from the defendants.

**ORIGINAL**

2. The posture of the case is as follows. The Complaint and the answers have been filed and the parties are about to embark on anticipated discovery.

    a. The following motions are on file: None.

    b. No hearing is currently scheduled.

    c. No formal discovery has yet been commenced.

3. All motions to add parities and claims will be filed on or before December 31, 2003.

4. All motions to amend pleadings will be filed on or before December 31. 2003.

5. Status of Discovery:

    a. The times for making disclosures under FRCP 26(a) are modified as follows:

        (1) Disclosures of the items required by FRCP 26(a)(1) & (2), LR 16.2(a) and LR 26.2 will be made by September 22, 2003.

        (2) Disclosure of the items required by FRCP 26(a)(3), will be made 30 days before the scheduled trial and any objections to them will be made within 14 days after such disclosures.

        (3) The parties have a continuing obligation to comply with the pretrial disclosures per FRCP 26(e) and LR 26.2.

    b. The following is a description and schedule of all pretrial discovery each party intends to initiate prior to the close of discovery. Discovery will commence immediately. It is anticipated that the parties will exchange

interrogatories and requests for production of documents. It is anticipated that defendants will obtain the pertinent health care provider records of plaintiff Trinh. The plaintiffs intend to depose the defendants and their insurer (records deposition) for additional facts about the collision. It is anticipated that defendants intend to depose the plaintiffs and one or more of his health care providers. Other witnesses may be deposed by either party, depending on what further discovery reveals.

6. The discovery cut off date (defined as the last day to file responses to discovery) is April 16, 2004.

7. The anticipated motions are as follows:

   a. The anticipated discovery motions are: None at this time, except the parties reserve the right to file discovery motions as may be appropriate under the circumstances. All discovery motions will be filed by April 16, 2004.

   b. There are no anticipated dispositive motions at this time, but the parties reserve the right to bring one or more of them. All dispositive motions will be filed by May 17, 2004.

8. The parties are currently exploring prospects for settlement.

9. The preliminary Pretrial Conference will be held on Monday, June 28, 2004, at 9:00 a.m. (no later than 21 days prior to trial).

10. The parties' pretrial materials, discovery materials, witness lists, designations, exhibit lists and trial briefs will be filed on or before Friday, July 2, 2004 (no later than 14 days prior to trial).

11. The proposed Pretrial Order and the Stipulation for Trial under LR 16.7 will be filed on or before Friday, July 2, 2004 (no later than 14 days prior to trial).

12. The final Pretrial Conference will be held on Monday, July 12, 2004, at 9:00 a.m. (7 days prior to trial).

13. The trial will be held on Monday, July 19, 2004 at 9:00 a.m.

14. The trial is a non-jury trial.

15. It is anticipated that it will take approximately two to three days to try this case.

16. Counsel in this case are: Wayson W. S. Wong, Esq., and Jacques Tran, Esq., probably will be appearing pro hac vice, as co-counsel for the plaintiffs; Thomas Sterling, Esq. as the attorney for the defendants.

17. Plaintiffs believe that an early settlement conference could resolve this case.

18. The parties present the following suggestions for shortening trial: Having an early settlement conference.

19. The following issues will also affect the status or management of the case: The plaintiffs probably will amend their Complaint to bring in the defendants' insurer (direct action claims).

Dated: Hagatna, Guam, August 19, 2003.

JOHN S. UNPINGCO
Chief District Judge

RECEIVED
AUG 19 2003
DISTRICT COURT OF GUAM
HAGATNA, GUAM

APPROVED AS TO FORM AND CONTENT:

_____
Wayson W. S. Wong
Attorney for Plaintiffs

_____
Thomas C. Sterling
Attorney for Defendants

Scheduling Order and Discovery Plan, *Trinh, et al. v. Culiat, et al.*, D. C. Guam, Terr. of Guam, Case No.: 03-00017

5