Wayson W. S. Wong, Esq.
Law Offices of Wayson Wong
142 Seaton Blvd., Suite 203
Hagatna, Guam 96910
Ph. 475-7448

Attorney for Plaintiffs



IN THE DISTRICT COURT OF GUAM

TERRITORY OF GUAM

| | |
|---|---|
| LUAN Q. TRINH and CHI LUONG, h/w | Civil Case No. 03-00017 |
| Plaintiffs, | CERTIFICATE OF SERVICE |
| vs. | |
| MARYFE A. CULIAT and FELY A. CULIAT, | |
| Defendants. | |

## CERTIFICATE OF SERVICE

I hereby certify that on the date indicated below a copy of Scheduling Order and Discovery Plan was duly served by personal delivery upon the following at his last known address.

    Thomas C. Sterling, Esq.
    Klemm, Blair, Sterling & Johnson
    Suite 1008, Pacific News Building
    238 Archbishop F. C. Flores St.
    Hagatna, Guam 96910

    Attorney for Defendants Maryfe A. Culiat
    and Fely A. Culiat

Dated: Hagatna, Guam, September 5, 2003.

                                                */s/ Wayson W. J. Wong*
                                                Wayson W. S. Wong
                                                Attorney for Plaintiffs

## ORIGINAL