Wayson W. S. Wong, Esq.
Law Offices of Wayson Wong
142 Seaton Blvd., Suite 203
Hagatna, Guam 96910
Ph. 475-7448

Attorney for Plaintiffs

FILED
DISTRICT COURT OF GUAM
NOV 28 2003
MARY L. M. MORAN
CLERK OF COURT

IN THE DISTRICT COURT OF GUAM

TERRITORY OF GUAM

| | |
|---|---|
| LUAN Q. TRINH and CHI LUONG, h/w, | Civil Case No. 03-00017 |
| Plaintiffs, | CERTIFICATE OF SERVICE |
| vs. | |
| MARYFE A. CULIAT and FELY A. CULIAT, | |
| Defendants. | |

### CERTIFICATE OF SERVICE

I hereby certify that on the date indicated below copies of Plaintiff Luan Q. Trinh's Response to Defendants Maryfe A. Culiat and Fely A. Culiat's First Request for Production of Documents Propounded to Plaintiff Luan Q. Trinh and Plaintiffs' Initial Disclosures were duly served by personal delivery upon the following at his last known address.

ORIGINAL

Thomas C. Sterling, Esq.
Klemm, Blair, Sterling & Johnson
Suite 1008, Pacific News Building
238 Archbishop F. C. Flores St.
Hagatna, Guam 96910

Attorney for Defendants Maryfe A. Culiat
and Fely A. Culiat

Dated: Hagatna, Guam, November 19, 2003.

_____
Waysen W. S. Wong
Attorney for Plaintiffs

2

Case 1:03-cv-00017    Document 9    Filed 11/28/2003    Page 2 of 2