# DISTRICT COURT OF GUAM
# TERRITORY OF GUAM

LUAN Q. TRINH, *et al.*,

    Plaintiff,

vs.

MARYFE A. CULIAT, *et al.*,

    Defendants.

Civil Case No. 03-00017

ORDER

The Court has been advised by counsel that they intend on filing a Stipulation moving the trial date in this matter in order to accommodate the need for additional discovery. Accordingly, the preliminary pretrial conference scheduled for June 28, 2004 is hereby vacated. The parties are to submit an Amended Scheduling Order by July 9, 2004.

IT IS SO ORDERED this 29th day of June, 2004.

JOAQUIN V. E. MANIBUSAN, JR.
U.S. Magistrate Judge