Wayson W. S. Wong, Esq.
Law Offices of Wayson Wong
142 Seaton Blvd., Suite 203
Hagtna, Guam 96910
Ph. 475-7448

Attorney for Plaintiffs



FILED
DISTRICT COURT OF GUAM
JUL 12 2004
MARY L. M. MORAN
CLERK OF COURT

IN THE DISTRICT COURT OF GUAM

TERRITORY OF GUAM

| | |
|---|---|
| LUAN Q. TRINH and CHI LUONG, h/w,<br><br>Plaintiffs,<br><br>vs.<br><br>MARYFE A. CULIAT and FELY A. CULIAT,<br><br>Defendants. | Civil Case No. 03-00017<br><br>FIRST AMENDED SCHEDULING ORDER |

### FIRST AMENDED SCHEDULING ORDER

Pursuant to this Court's Order filed on June 29, 2004, the parties submit their proposed First Amended Scheduling Order to be the First Amended Scheduling Order, if this Court so orders.

1. The discovery cut off date (defined as the last day to file responses to discovery) is November 30, 2004.

2. All dispositive motions will be filed by ~~December 31, 2004~~ January 3, 2005.

ORIGINAL

3. The preliminary Pretrial Conference will be held on Monday, January 10, 2005, at 9:00 a.m. (no later than 21 days prior to trial).

4. The parties' pretrial materials, discovery materials, witness lists, designations, exhibit lists and trial briefs will be filed on or before Friday, January 14, 2005 (no later than 14 days prior to trial).

5. The proposed Pretrial Order and the Stipulation for Trial under LR 16.7 will be filed on or before Friday, January 14, 2005 (no later than 14 days prior to trial).

6. The final Pretrial Conference will be held on Monday, January 24, 2005, at 9:00 a.m. (7 days prior to trial).

7. The trial will be held on Monday, January 31, 2005, at 9:00 a.m.

8. The trial is a non-jury trial.

Dated: Hagatna, Guam, July 12, 2004.

*/s/ Joaquin V.E. Manibusan, Jr.*
JOAQUIN V.E. MANIBUSAN, JR.
Magistrate Judge

APPROVED AS TO FORM AND CONTENT:

*/s/ Wayson W.S. Wong*      */s/ Vincent Leon Guerrero*
Wayson W. S. Wong      Vincent Leon Guerrero
Attorney for Plaintiffs      Attorney for Defendants

First Amended Scheduling Order, *Trinh, et al. v. Culiat, et al.*, D. C. Guam, Terr. of Guam, Case No.: 03-00017

RECEIVED
JUL 09 2004
DISTRICT COURT OF GUAM
HAGATNA, GUAM