**FILED**



DISTRICT COURT OF GUAM

TERRITORY OF GUAM

LUAN Q. TRINH and CHI LUONG,

    Plaintiffs,

    vs.

MARYFE A. CULIAT and
FELY A. CULIAT,

    Defendants.

Civil Case No. 03-00017

ORDER

    Due to the scheduling needs of the Court, the January 31, 2005 trial date and corresponding pretrial conference dates are hereby vacated. The trial is hereby re-scheduled to commence on Tuesday, March 29, 2005 at 9:00 a.m. before Judge Robert Clive Jones.[1] The preliminary pretrial conference shall be held on March 8, 2005 at 10:00 a.m. The final pretrial conference shall be held on March 22, 2005 at 10:00 a.m. The parties are reminded to comply with all other pretrial filing deadlines established in the Local Rules.

    SO ORDERED this 7th day of January 2005.

                      JOAQUIN V. E. MANIBUSAN, JR.
                      U.S. Magistrate Judge

---

[1] The Honorable Robert Clive Jones, United States District Judge for the District of Nevada, sitting by designation.