Wayson W. S. Wong, Esq.
Law Offices of Wayson Wong
142 Seaton Blvd., Suite 203
Hagatna, Guam 96910
Ph. 475-7448

Attorney for Plaintiffs



FILED
DISTRICT COURT OF GUAM

MAR -1 2005

MARY L.M. MORAN
CLERK OF COURT

IN THE DISTRICT COURT OF GUAM

TERRITORY OF GUAM

| | |
|---|---|
| LUAN Q. TRINH and CHI LUONG, h/w,<br><br>Plaintiffs,<br><br>vs.<br><br>MARYFE A. CULIAT and FELY A. CULIAT,<br><br>Defendants. | Civil Case No. 03-00017<br><br>STIPULATION TO POSTPONE TRIAL AND OTHER RELATED DATES; ORDER |

### STIPULATION TO POSTPONE TRIAL AND OTHER RELATED DATES

The trial for this case has been scheduled for March 29, 2005, at 9:00 a.m. Defendants have diligently tried to depose the plaintiff and plaintiff's treating heath care providers in New Jersey; however, due to scheduling conflicts, dates for such depositions are not until after the scheduled trial date, in both March and April 2005. Accordingly, the parties jointly request and stipulate, pending this Court's approval, that the trial date be postponed until July 2005 to allow such discovery and other discovery to take place, and the new discovery cutoff date be April 30, 2005, new motions cut off date be May 31, 2005, with preliminary pretrial conference and final pretrial conference dates to be set by this Court, depending on when the trial date is set. The parties are aware that they need to comply with all other pretrial filing

deadlines established in the Local Rules. The parties are not attempting to select or deselect any trial judge; when counsel for plaintiff checked with this Court this week, no trial judge had yet been scheduled to handle cases in July 2005.

Dated: Hagatna, Guam, _____.


_____
Wayson W. S. Wong
Attorney for Plaintiffs

_____
Thomas C. Sterling
Vincent Leon Guerrero
Attorney for Defendants


~~Approved and So Ordered:~~   DENIED!
See L.R. 16-5.

_____
JOAQUIN V. E. MANIBUSAN, JR.
Magistrate Judge          3-1-05



RECEIVED
FEB 25 2005
DISTRICT COURT OF GUAM
HAGATNA, GUAM

Stipulation to Postpone Trial and Other Related Dates; Order, *Trinh, et al. v. Culiat, et al.*, D. C. Guam, Terr. of Guam, Case No.: 03-00017