Wayson W. S. Wong, Esq.
Law Offices of Wayson Wong
142 Seaton Blvd., Suite 203
Hagtna, Guam 96910
Ph. 475-7448

Attorney for Plaintiffs



**FILED**
DISTRICT COURT OF GUAM

MAR - 3 2005

MARY L.M. MORAN
CLERK OF COURT

IN THE DISTRICT COURT OF GUAM

TERRITORY OF GUAM

| | |
|---|---|
| LUAN Q. TRINH and CHI LUONG, h/w<br><br>　　　　　Plaintiffs,<br><br>vs.<br><br>MARYFE A. CULIAT and FELY A. CULIAT,<br><br>　　　　　Defendants. | Civil Case No. 03-00017<br><br>EX PARTE MOTION REQUESTING APPEARANCE BY TELEPHONE CONFERENCE CALL AND ORDER |

EX PARTE MOTION REQUESTING APPEARANCE
BY TELEPHONE CONFERENCE CALL

Wayson W. S. Wong, Esq., attorney for plaintiffs, respectfully requests, ex parte, to this Honorable Court that he be allowed to appear by telephone conference call at the preliminary pretrial hearing scheduled for this case on Tuesday, March 8, 2005, at 10:00 a.m. Because of discovery that still needed to be conducted by both sides, on February 25, 2005, counsel for all the parties had filed a proposed Stipulation to Postpone Trial and Other Related Dates to postpone the scheduled trial date for this case from March 29, 2005, to July

2005; however, plaintiffs' counsel learned on March 2, 2005, that this Court declined to approve that stipulation. Plaintiffs' counsel left for Hawaii on February 26, 2005, to attend to matters there at least until March 18, 2005, including attending an arbitration hearing on March 17, 2005. Therefore, it is very difficult for counsel to return to Guam for the preliminary pretrial conference for this case.

Defendants' counsel has been consulted, and he has no objection to this motion being brought ex parte or to the plaintiffs' counsel's appearance at the preliminary pretrial conference for this case by telephone conference call.



Dated: Honolulu, Hawaii, March 2, 2005.

*/s/ Wayson W. S. Wong*
Wayson W. S. Wong
Attorney for Plaintiffs

APPROVED AND SO ORDERED:

*/s/ Joaquin V.E. Manibusan, Jr.*
Judge of the Above-Entitled Court
Joaquin V.E. Manibusan, Jr.
U. S. Magistrate Judge



**RECEIVED**
MAR 3 2005
DISTRICT COURT OF GUAM
HAGATNA, GUAM

Ex Parte Motion Requesting Appearance by Telephone Conference Call,
Trinh, et al. v. Culiat, et al, District Court of Guam, Civ. Case No. 03-00017