# DISTRICT COURT OF GUAM
# TERRITORY OF GUAM
### HONORABLE JOAQUIN V. E. MANIBUSAN, JR. MAGISTRATE JUDGE, PRESIDING
## CIVIL MINUTES

**CASE NO. CV-03-00017**  **DATE: 03/08/2004**  **TIME: 10:23 a.m.**

**CAPTION:** **LUAN Q. TRINH, et al.** -vs- **MARYFE A. CULIAT, et al.**

*********************************************************************************

Courtroom Deputy: Leilani Toves Hernandez  Law Clerk: J. HATTORI
Court Reporter: Wanda Miles
Hearing Electronically Recorded - Run Time: 10:23:21 - 10:38:06  CSO: B. Benavente

*********************** **APPEARANCES** ***************

**COUNSEL FOR PLAINTIFF(s):**  **COUNSEL FOR DEFENDANT(s):**

WAYSON WONG - TELEPHONIC  VINCE LEON GUERRERO

**OTHERS PRESENT**

---

**PROCEEDINGS: PRELIMINARY PRETRIAL CONFERENCE**

( ) MOTION (S) ARGUED BY ( ) PLAINTIFF ( ) DEFENDANT
( ) MOTION(s) ___ Granted ___ Denied ___ Settled ___ Withdrawn ___ Under Advisement
( ) ORDER SUBMITTED ___ Approved ___ Disapproved
( ) ORDER to be Prepared By:
( ) PROCEEDINGS CONTINUED TO: _____ at _____

**NOTES:**

The Court Granted defendant's Ex Parte Motion to Extend Scheduling Order.

The Court and parties discussed the upcoming trial date.

The Court set Trial for July 5, 2005, approved the Second Amended Scheduling Order and advised parties that it will set pretrial deadlines.

The Court also advised parties to inform the Court if they are in agreement to a mid August trial date.

COURTROOM DEPUTY: _____