Wayson W. S. Wong, Esq.
Law Offices of Wayson Wong
142 Seaton Blvd., Suite 203
Hagatna, Guam 96910
Phone: 475-7448

Attorney for Plaintiffs



FILED
DISTRICT COURT OF GUAM
MAR -9 2005
MARY L.M. MORAN
CLERK OF COURT

IN THE DISTRICT COURT OF GUAM

TERRITORY OF GUAM

| | |
|---|---|
| LUAN Q. TRINH and CHI LUONG, h/w <br><br> Plaintiffs, <br><br> vs. <br><br> MARYFE A. CULIAT and FELY A. CULIAT, <br><br> Defendants. | Civil Case No. 03-00017 <br><br> NOTICE OF TAKING DEPOSITION UPON ORAL EXAMINATION; CERTIFICATE OF SERVICE |

NOTICE OF TAKING DEPOSITION
UPON ORAL EXAMINATION

To: Vincent Leon Guerrero, Esq.
Klemm, Blair, Sterling & Johnson
1008 Pacific News Building
238 Archbishop F. C. Flores Street
Hagatna, Guam 96910

Attorney for Defendants Maryfe A. Culiat
and Fely A. Culiat

ORIGINAL

Please take notice that on behalf of plaintiffs, the following deposition will be taken at Carnazzo Court Reporting, 888 Mililani St., Suite 705, Honolulu, Hawaii 96813 (phone no. (808) 532-0222) on the date and time specified below:

| NAME AND ADDRESS OF DEPONENT | DATE AND TIME |
| --- | --- |
| Ms. Maryfe A. Culiat<br>c/o Vincent Leon Guerrero, Esq.<br>Address same as above | Tuesday, March 22, 2005<br>at 10:00 a.m. |

The deposition will be upon oral examination pursuant to the Rules of Civil Procedure of the District Court of Guam before an officer duly authorized by law to administer oaths. The oral deposition will continue from day to day until completed. You are invited to attend and cross-examine.



Dated: Honolulu, Hawaii, March 8, 2005 .

                                           /s/ Wayson W. S. Wong
                                           Wayson W. S. Wong
                                           Attorney for Plaintiffs

Notice of Taking Deposition Upon Oral Examination, Trinh, et al. v.
Culiat, et al., District Court of Guam, Civil Case No. 03-00017

3

Case 1:03-cv-00017    Document 19    Filed 03/09/2005    Page 3 of 5

IN THE DISTRICT COURT OF GUAM

TERRITORY OF GUAM

| | |
|---|---|
| LUAN Q. TRINH and CHI LUONG, h/w <br><br> Plaintiffs, <br><br> vs. <br><br> MARYFE A. CULIAT and FELY A. CULIAT, <br><br> Defendants. | Civil Case No. 03-00017 <br><br> CERTIFICATE OF SERVICE |

## CERTIFICATE OF SERVICE

I hereby certify that on the date indicated below a copy of the foregoing document was duly served by personal delivery upon the following.

> Vincent Leon Guerrero, Esq.
> Klemm, Blair, Sterling & Johnson
> 1008 Pacific News Building
> 238 Archbishop F. C. Flores Street
> Hagatna, Guam 96910
>
> Attorney for Defendants Maryfe A. Culiat
> and Fely A. Culiat

Dated: Honolulu, Hawaii, March 8, 2005         .

                                                      _____
                                                      Wayson W. S. Wong
                                                      Attorney for Plaintiffs

Certificate of Service, Trinh, et al. v. Culiat, et al., District Court of Guam, Civil Case No. 03-00017