KLEMM, BLAIR, STERLING & JOHNSON
A PROFESSIONAL CORPORATION
1008 PACIFIC NEWS BUILDING
238 ARCHBISHOP F.C. FLORES STREET
HAGÅTÑA, GUAM 96910
TELEPHONE 477-7857

By **VINCENT LEON GUERRERO**

Attorneys for *Defendants Maryfe A. Culiat and Fely A. Culiat*

**FILED**
DISTRICT COURT OF GUAM
MAR 21 2005
MARY L.M. MORAN
CLERK OF COURT



# IN THE DISTRICT COURT OF GUAM
## TERRITORY OF GUAM

| | |
|---|---|
| LUAN Q. TRINH and CHI LUONG, h/w, ) <br> ) <br> Plaintiffs, ) <br> ) <br> vs. ) <br> ) <br> MARYFE A. CULIAT and FELY A. ) <br> CULIAT, ) <br> ) <br> Defendants. ) | CIVIL CASE NO. 03-00017 <br><br><br> **NOTICE OF DEPOSITION** |

**TO THE PARTIES HEREIN AND THEIR ATTORNEYS OF RECORD:**

**PLEASE TAKE NOTICE** that Defendants. will take the deposition upon oral examination of **LUAN Q. TRINH** pursuant to Rule 30 of the Federal Rules of Civil Procedure on March 24, 2005, at the hour of 2:00 o'clock p.m. (New Jersey date and time), at the law offices of Tran & Tran, P.C., 107 Fairway Terrace, Mount Laurel, New Jersey 08054-4015.

Said deposition will take place before a notary public or other officer authorized to administer oaths and will continue from day to day, Sundays and holidays excluded, until completed.

KLEMM, BLAIR, STERLING & JOHNSON
A PROFESSIONAL CORPORATION

DATED: MARCH 21, 2005    BY: /s/ Vincent Leon Guerrero
**VINCENT LEON GUERRERO**
*Attorneys for Defendants Maryfe A. Culiat and Fely A. Culiat*

E49\14226-177
G:\WORD97\OFFICE\WORDDOC\DONGBU\PLD\538-NTC OF DEPO
RE TRINH V CULIAT.DOC

ORIGINAL