| | |
|---|---|
| KLEMM, BLAIR, STERLING & JOHNSON<br>A PROFESSIONAL CORPORATION<br>1008 PACIFIC NEWS BUILDING<br>238 ARCHBISHOP F.C. FLORES STREET<br>HAGÅTÑA, GUAM 96910<br>TELEPHONE 477-7857<br><br>By VINCENT LEON GUERRERO<br><br>Attorneys for *Defendants Maryfe A. Culiat and Fely A. Culiat* | **FILED**<br>DISTRICT COURT OF GUAM<br>MAR 21 2005<br>MARY L.M. MORAN<br>CLERK OF COURT |



## IN THE DISTRICT COURT OF GUAM
## TERRITORY OF GUAM

| | |
|---|---|
| LUAN Q. TRINH and CHI LUONG, h/w,<br><br>　　　Plaintiffs,<br><br>　　vs.<br><br>MARYFE A. CULIAT and FELY A. CULIAT,<br><br>　　　Defendants. | CIVIL CASE NO. 03-00017<br><br><br>**NOTICE OF DEPOSITION** |

**TO THE PARTIES HEREIN AND THEIR ATTORNEYS OF RECORD:**

**PLEASE TAKE NOTICE** that Defendants. will take the deposition upon oral examination of **CHI LUONG** pursuant to Rule 30 of the Federal Rules of Civil Procedure on March 24, 2005, at the hour of 3:00 o'clock p.m. (New Jersey date and time), at the law offices of Tran & Tran, P.C., 107 Fairway Terrace, Mount Laurel, New Jersey 08054-4015.

Said deposition will take place before a notary public or other officer authorized to administer oaths and will continue from day to day, Sundays and holidays excluded, until completed.

KLEMM, BLAIR, STERLING & JOHNSON
A PROFESSIONAL CORPORATION

DATED: MARCH 21, 2005    BY: _____
　　　　　　　　　　　　　　　　　　VINCENT LEON GUERRERO
　　　　　　　　　　　　　　　　　　*Attorneys for Defendants Maryfe A. Culiat and Fely A. Culiat*