



# DISTRICT COURT OF GUAM
# TERRITORY OF GUAM

| | |
|---|---|
| LUAN Q. TRINH and CHI LUONG,<br><br>Plaintiffs,<br><br>vs.<br><br>MARYFE A. CULIAT and<br>FELY A. CULIAT,<br><br>Defendants. | Civil Case No. 03-00017<br><br><br><br><br><br>TRIAL ORDER |

On March 8, 2005, this case came before the Court for a Preliminary Pretrial Conference. At the hearing, the Court granted the Plaintiffs' filed *Ex Parte* Motion to Extending the Scheduling Order Deadlines (Docket No. 4). Based on the parties' agreement that the trial could be scheduled in July 2005, with a discovery completion deadline of April 30, 2005 and a motion cut-off date of May 31, 2005, the Court hereby issues this Trial Order which supersedes all prior scheduling orders in this case:

- The discovery cut-off date (defined as the last day to file responses to discovery) is **April 30, 2005**;

- The discovery and dispositive motion cut-off date (the last day to file motions) is **May 31, 2005**;

- Pursuant to Local Rule LR 16.7(b), the parties shall each file a trial brief by **Monday, June 6, 2005**;

- A preliminary pretrial conference shall be held on **Wednesday, June 15, 2005 at 9:30 a.m.**;

- The parties shall each file an Exhibit List in conformance with Rule 16.7(d) of the Local Rules of Practice for the District Court of Guam, Discovery Material Designations, and a Witness List (including potential impeachment and rebuttal witnesses) under separate cover no later than **Wednesday, June 22, 2005**. The Witness List shall also contain a brief description (two to

three paragraphs) of each witness's expected testimony;

- Three complete sets of marked and tabbed exhibits in three-ring binders shall be lodged with the Court no later than **Wednesday, June 22, 2005**. A copy of the Exhibit List shall be included in each three-ring binder. The parties shall meet and confer sufficiently in advance of trial and formulate a set of joint exhibits, if possible, to eliminate duplicate exhibits. Those exhibits upon which agreement cannot be reached shall be submitted separately by each respective party.

- If deposition transcripts will be used at trial, the original of said transcripts shall be lodged with the Court no later than **Wednesday, June 22, 2005**, and shall be in conformance with Rule 32.1 of the Local Rules of Practice for the District Court of Guam.

- A final pretrial conference shall be held on **Wednesday, June 29, 2005 at 10:30 a.m.**

- The trial to the bench shall commence on **Wednesday, July 6, 2005 at 9:00 a.m.**

As the Court reminded counsel at the Preliminary Pretrial Conference, this case has been pending since December 2002. Future requests to further continue the established trial date or the above deadlines will be highly disfavored.

SO ORDERED this 22nd day of March 2005.

JOAQUIN V. E. MANIBUSAN, JR.
U.S. Magistrate Judge

2