KLEMM, BLAIR, STERLING & JOHNSON
A PROFESSIONAL CORPORATION
1008 PACIFIC NEWS BUILDING
238 ARCHBISHOP F.C. FLORES STREET
AGANA, GUAM 96910
TELEPHONE 477-7857

By VINCENT LEON GUERRERO

Attorneys for Defendants Maryfe A. Culiat and Fely A. Culiat

FILED
DISTRICT COURT OF GUAM
MAR 28 2005
MARY L.M. MORAN
CLERK OF COURT

IN THE DISTRICT COURT OF GUAM
TERRITORY OF GUAM

| | |
|---|---|
| LUAN Q. TRINH and CHI LUONG, h/w,<br><br>Plaintiffs,<br><br>vs.<br><br>MARYFE A. CULIAT and FELY A. CULIAT,<br><br>Defendants. | CIVIL CASE NO. 03-00017<br><br>**DEFENDANTS' OPPOSITION IN PART TO REQUEST FOR INCREASE IN LIMITATION OF INTERROGATORIES AND ADMISSIONS** |

Defendants **MARYFE A. CULIAT** and **FELY A. CULIAT** ("Defendants") oppose Plaintiff **LUAN Q. TRINH**'s ("Plaintiff") request for enlarging the number of discovery requests. Defendants concur that the controlling local rule is L.R. 33.1. Absent, however, from Plaintiff's request is citation to the Federal Rules of Civil Procedure.

Rule 33 of the Federal Rules of Civil Procedure limits the number of interrogatories to 25, inclusive of subparts. Rule 33 of the Federal Rules of Civil Procedure provides that "[l]eave to serve additional interrogatories shall be granted to the extent consistent with the principles of Rule 26(b)(2)."

//

Rule 26(b)(2) provides: "[t]he frequency or extent of use of the discovery method otherwise permitted under these rules and by any local rule shall be limited by the court if it determines that: (i) the discovery sought is unreasonable cumulative or duplicative, or is obtainable from some other source that is more convenient, less burdensome or less expenses; (ii) the party seeking discovery has had ample opportunity by discovery in the action to obtain information sought. . ."

In the instant case, plaintiff served his First Request for Answers to Interrogatories on March, 2004. In that request, sixty interrogatories, not including the subparts, were served. Approximately a month later, Defendant Maryfe Culiat ("Ms. Culiat") responded.[1] More recently, Defendant Maryfe Culiat's deposition was conducted by Plaintiff's counsel. It is anticipated that Plaintiff will take the depositions of Defendants' experts. The basis of the expert opinions, however, will be based of the facts ascertained from the parties obtained through depositions.

Defendants submit there is no basis for increasing the number of request especially since the trial date is quickly approaching. Plaintiff had ample opportunity to ascertain the facts. As such, Defendants objects to Interrogatory No. 1 of the proposed Second Request for Answers to Interrogatories which asks for all the facts supporting the denial of Plaintiff's recently served Request for Admissions.

Defendant does not object to responding to the remaining interrogatories. The responses, however, should not be due

---

[1] The Response included objections to the number of Interrogatories.

thirty days from the date of service of Plaintiff's Request to Increase the Number of Interrogatories.

## CONCLUSION

Plaintiff has made no showing that additional interrogatories and admissions are required. Absent such showing and having been provided with ample opportunity to obtain information, Plaintiff's request should be denied (as it relates to Interrogatory No. 1).

**RESPECTFULLY SUBMITTED** this 28th day of March, 2005.

**KLEMM, BLAIR, STERLING & JOHNSON**
A PROFESSIONAL CORPORATION

BY: *Vincent Leon Guerrero*
**VINCENT LEON GUERRERO**
*Attorneys for Defendants Maryfe A. Culiat and Fely A. Culiat*

V49\14226-177
G:\WORD97\OFFICE\WORDDOC\DONGBU\PLD\541-OPPO TO REQ FOR INCREASE IN LIMITATION OF IRROGS RE TRINH V CULIAT.DOC

# CERTIFICATE OF SERVICE

I, **VINCENT LEON GUERRERO**, hereby certify that a true copy of **DEFENDANTS' OPPOSITION IN PART TO REQUEST FOR INCREASE IN LIMITATION OF INTERROGATORIES AND ADMISSIONS** will be served via hand delivery on March 28, 2005 to the counsel of record for the Plaintiffs in this matter as follows:

>Wayson W.S. Wong, Esq.
>142 Seaton Boulevard
>Suite 203
>Hagåtña, Guam 96910

Dated this 28th day of March, 2005.

_____
**VINCENT LEON GUERRERO**

```
V49\14226-177
G:\WORD97\OFFICE\WORDDOC\DONGBU\PLD\541-OPPO TO REQ
FOR INCREASE IN LIMITATION OF IRROGS RE TRINH V
CULIAT.DOC
```

KLEMM, BLAIR, STERLING & JOHNSON
A PROFESSIONAL CORPORATION
1008 PACIFIC NEWS BLDG
238 ARCHBISHOP
F.C. FLORES ST.
HAGÅTÑA, GUAM 96910
TELEPHONE 477-7857