KLEMM, BLAIR, STERLING & JOHNSON
A PROFESSIONAL CORPORATION
1008 PACIFIC NEWS BUILDING
238 ARCHBISHOP F.C. FLORES STREET
AGANA, GUAM 96910
TELEPHONE 477-7857

Attorneys for    MaryFe A. Culiat and Fely A. Culiat

FILED
DISTRICT COURT OF GUAM
MAR 28 2005
MARY L.M. MORAN
CLERK OF COURT

# IN THE DISTRICT COURT OF GUAM
## TERRITORY OF GUAM

LUAN Q. TRINH AND CHI LUONG, h/w, )

Plaintiffs,

vs.

MARYFE A. CULIAT and FELY A. CULIAT

Defendants.

CIVIL CASE NO. 03-00017

**CERTIFICATE OF SERVICE**

I, **JOHN L. MANIBUSAN**, hereby certify that on March 21, 2005, at 2:01 p.m., true and correct copies of the following: **NOTICE OF DEPOSITION RE: CHI LUONG AND NOTICE OF DEPOSITION RE: LUAN Q. TRINH** filed herein on March 21, 2005, were served via hand delivery to the following:

WAYSON WONG, ESQ.
THE LAW OFFICES OF WAYSON WONG
142 SEATON BOULEVARD
SUITE 203 HAGÅTÑA, GUAM 96910

DATED: MARCH 25, 2005

JOHN L. MANIBUSAN

V63\14226-177
G:\WORD97\OFFICE\WORDDOC\DONGBU\PLD\D540-COS (JLM) RETRINH V CULIAT.DOC

**ORIGINAL**