Wayson W. S. Wong, Esq.
Law Offices of Wayson Wong
142 Seaton Blvd., Suite 203
Hagatna, Guam 96910
Phone: 475-7448

Attorney for Plaintiff Luan Trinh

FILED
DISTRICT COURT OF GUAM
MAR 29 2005
MARY L.M. MORAN
CLERK OF COURT

IN THE DISTRICT COURT OF GUAM

TERRITORY OF GUAM

| | |
|---|---|
| LUAN Q. TRINH and CHI LUONG, h/w,<br><br>Plaintiffs,<br><br>vs.<br><br>MARYFE A. CULIAT and FELY A. CULIAT,<br><br>Defendants. | Civil Case No. 03-00017<br><br>NOTICE OF TAKING DEPOSITION UPON ORAL EXAMINATION BY VIDEOTAPE; CERTIFICATE OF SERVICE |

NOTICE OF TAKING DEPOSITION
UPON ORAL EXAMINATION

To: Vincent Leon Guerrero, Esq.
Klemm, Blair, Sterling & Johnson
1008 Pacific News Building
238 Archbishop F. C. Flores Street
Hagatna, Guam 96910

Please take notice that on behalf of plaintiff Luan Q. Trinh, the following deposition will be taken at Tran & Tran, P. C., Attorneys-at-Law, 107 Fairway Terrace, Mount Laurel, New Jersey, 08054-4015 (phone no. (856) 722-1100) on the date and time specified below:

ORIGINAL

## NAME AND ADDRESS OF DEPONENT

## DATE AND TIME

Dr. Larry A. Sabel, DC
c/o Phong N. Tran, Esq.
Address same as above

Thursday, March 31, 2005
at 9:30 a.m.

This videotaped deposition is to perpetuate the testimony of the deponent for the trial. Said deposition will be upon oral examination pursuant to the Federal Rules of Civil Procedure an officer duly authorized by law to administer oaths. The oral deposition will continue from day to day until completed. You are invited to attend and cross-examine.



Dated: Honolulu, Hawaii, March 28, 2005.

*(signature)*
Wayson W. S. Wong
Attorney for Plaintiff

Notice of Taking Deposition Upon Oral Examination by Videotape,
Trinh, et al. v. Culiat, et al., District Court of Guam, Civ. Case
No. 03-00017

IN THE DISTRICT COURT OF GUAM

TERRITORY OF GUAM

| | |
|---|---|
| LUAN Q. TRINH and CHI LUONG, h/w<br><br>Plaintiffs,<br><br>vs.<br><br>MARYFE A. CULIAT and FELY A. CULIAT,<br><br>Defendants. | Civil Case No. 03-00017<br><br>CERTIFICATE OF SERVICE |

## CERTIFICATE OF SERVICE

I hereby certify that on the date indicated below a copy of the foregoing document was duly served by personal delivery to the following at the address indicated.

>Vincent Leon Guerrero, Esq.
>Klemm, Blair, Sterling & Johnson
>1008 Pacific News Building
>238 Archbishop F. C. Flores Street
>Hagatna, Guam 96910
>
>Attorney for Defendants Maryfe A. Culiat
>and Fely A. Culiat

Dated: Honolulu, Hawaii, March 28, 2005.

*(signature)*
Wayson W. S. Wong
Attorney for Plaintiff