Wayson W. S. Wong, Esq.
Law Offices of Wayson Wong
142 Seaton Blvd., Suite 203
Hagatna, Guam 96910
Phone: 475-7448

Attorney for Plaintiff

IN THE DISTRICT COURT OF GUAM

TERRITORY OF GUAM

| | |
|---|---|
| LUAN Q. TRINH and CHI LUONG, h/w,<br><br>    Plaintiffs,<br><br>vs.<br><br>MARYFE A. CULIAT and FELY A. CULIAT,<br><br>    Defendants. | Civil Case No. 03-00017<br><br>CERTIFICATE OF SERVICE |

### CERTIFICATE OF SERVICE

I hereby certify that on March 29, 2005, a copy of the Reply Memorandum in Support of Plaintiff's Request to Increase Limitation on Number of Interrogatories and Requests for Admission, was duly served by personal delivery at his last known address.

    Vincent Leon Guerrero, Esq.
    Klemm, Blair, Sterling & Johnson
    Suite 1008, Pacific News Building
    238 Archbishop F. C. Flores St.
    Hagatna, Guam 96910
    Attorney for Defendants Maryfe A. Culiat
    and Fely A. Culiat

Dated: Hagatna, Guam, April 11, 2005.

            _____
            Wayson W. S. Wong
            Attorney for Plaintiff

ORIGINAL