Wayson W. S. Wong, Esq.
Law Offices of Wayson Wong
142 Seaton Blvd., Suite 203
Hagatna, Guam 96910
Phone: 475-7448

Attorney for Plaintiff Luan Q. Trinh



FILED
DISTRICT COURT OF GUAM

APR 12 2005

MARY L.M. MORAN
CLERK OF COURT

IN THE DISTRICT COURT OF GUAM

TERRITORY OF GUAM

| | |
|---|---|
| LUAN Q. TRINH and CHI LUONG, h/w, <br><br> Plaintiffs, <br><br> vs. <br><br> MARYFE A. CULIAT and FELY A. CULIAT, <br><br> Defendants. | Civil Case No. 03-00017 <br><br> CERTIFICATE OF SERVICE |

CERTIFICATE OF SERVICE

I hereby certify that on the date indicated below a copy of the Plaintiff's

Motion in Limine to Exclude Defendants' Expert Witnesses; Memorandum in

Support of Motion and a proposed Order Granting Plaintiff's Motion in Limine to

Exclude Defendants' Expert Witnesses were duly served by personal delivery at his

last known address.

ORIGINAL

Vincent Leon Guerrero, Esq.
Klemm, Blair, Sterling & Johnson
Suite 1008, Pacific News Building
238 Archbishop F. C. Flores St.
Hagatna, Guam 96910

Attorney for Defendants Maryfe A. Culiat
and Fely A. Culiat

Dated: Hagatna, Guam, April 12, 2005.


_____
Wayson W. S. Wong
Attorney for Plaintiffs

Certificate of Service, Trinh v. Culiat, et al., District Court of Guam, Civ. Case No.
03-00017