KLEMM, BLAIR, STERLING & JOHNSON
A PROFESSIONAL CORPORATION
1008 PACIFIC NEWS BUILDING
238 ARCHBISHOP F.C. FLORES STREET
AGANA, GUAM 96910
TELEPHONE 477-7857

By **VINCENT LEON GUERRERO**

Attorneys for *Defendants Maryfe A. Culiat and Fely A. Culiat*

FILED
DISTRICT COURT OF GUAM
APR 18 2005
MARY L.M. MORAN
CLERK OF COURT

# IN THE DISTRICT COURT OF GUAM
## TERRITORY OF GUAM

| | |
|---|---|
| LUAN Q. TRINH and CHI LUONG, h/w, | CIVIL CASE NO. 03-00017 |
| Plaintiffs, | |
| vs. | |
| MARYFE A. CULIAT and FELY A. CULIAT, | DECLARATION OF VINCENT LEON GUERRERO |
| Defendants. | |

I, **VINCENT LEON GUERRERO**, declare as follows:

1. I am a principal with Klemm, Blair, Sterling & Johnson, a Professional Corporation, counsel of record for Defendants in this action; and duly licensed to practice before the above-entitled Court.

2. On January 13, 2005, I sent Wayson Wong ("Mr. Wong"), counsel of record for Plaintiffs, an e-mail message. A copy of the e-mail is attached hereto as Exhibit "A" and incorporated herein by this reference.

3. On March 8, 2005, I sent Mr. Wong an e-mail message which is included in Exhibit "A".

4. On March 8, 2005, Mr. Wong responded via -email. A

ORIGINAL

copy of Mr. Wong's responses in attached hereto as Exhibit "B" and incorporated herein by this reference.

5. On March 18, 2005, Mr. Wong sent an e-mail to me which is included in Exhibit "C" attached hereto and incorporated herein by this reference.

6. On March 19, 2005, I sent Mr. Wong an e-mail. The message is included in Exhibit "C".

7. On March 26, 2005, Mr. Wong confirmed our extension concerning discovery. A copy of the e-mail message is attached hereto as Exhibit "D" and incorporated herein by this reference.

8. On April 7, 2005, my office received via Federal Express a copy of the deposition transcript of Luan Trinh. The copy was then scanned and sent to Dr. Perez.

9. On December of 2004, Mr. Wong and I represented adverse parties in a worker's compensation case. Through the worker's compensation case, Mr. Wong obtained a curriculum vitae from Dr. Chase as well as Dr. Chase's compensation rate.

10. I am informed by Dr. Perez that Dr. Perez testified as an expert against a case Mr. Wong took to trial.

I declare under penalty of perjury that the above is true and correct to the best of my knowledge.

DATED: APRIL 18, 2005

_____
VINCENT LEON GUERRERO

ATTACHMENTS: EXHIBITS "A" – "D"

V49\14226-177
G:\Word97\OFFICE\WORDDOC\DONGBU\PLD\549B-DECL OF VLG IN SUPP OF OPPO TO MTN TO EXCLUDE RE TRINH V CULIAT.doc

- 2 -

KLEMM, BLAIR, STERLING & JOHNSON
A PROFESSIONAL CORPORATION
1008 PACIFIC NEWS BLDG
238 ARCHBISHOP
F.C. FLORES ST.
HAGÅTÑA, GUAM 96910
TELEPHONE 477-7857

## Vincent E. Leon Guerrero

**From:** Vincent E. Leon Guerrero [vlg@kbsjlaw.com]
**Sent:** Tuesday, March 08, 2005 2:49 PM
**To:** WaysonWong@aol.com
**Subject:** FW: Trinh v. Culiat

Wayson,

Here is the correspondence I referred to today.

This message will also confirm that you will get your client's "original" release will be sent to Leonard Lipson, Esq. at
Marglolis Edelstein
The Curtis Center - fourth Floor
Independence Square West
Philadelphia, PA 19106
(215) 922-100

As stated during our telephone conversation, we need the release ASAP for the depositions currently scheduled.

-----Original Message-----
**From:** Vincent E. Leon Guerrero [mailto:vlg@kbsjlaw.com]
**Sent:** Thursday, January 13, 2005 11:40 AM
**To:** 'WaysonWong@aol.com'
**Subject:** RE: Trinh v. Culiat

I am in the process of contacting Mr. Martinez to see if he is available. I, for one, do not know his schedule. If he indicates he can do it, I will revert back to you. On the issue of discovery, we are still waiting for a time to depose your client and your experts. Please give alternate tentative dates since we need to contact New Jersey counsel.

Please be reminded that we need to get your client's view to determine whether experts will be used. The sooner we depose your client the sooner we can I.D. experts.

I suspect we will use Dr. Perez to reconstruct the accident and Dr. Chase to review the injuries.

Should you have any questions or concerns, please do not hesitate to contact me.

> -----Original Message-----
> **From:** WaysonWong@aol.com [mailto:WaysonWong@aol.com]
> **Sent:** Wednesday, January 12, 2005 5:25 PM
> **To:** vlg@kbsjlaw.com
> **Cc:** nova1@ite.net
> **Subject:** Trinh v. Culiat
>
> Vince,
>
> I want to notice your client's (Marife Culiat) deposition in Hawaii, if she still is in Hawaii, for Friday, January 14, 2005, at 5:00 p.m. or Saturday, January 15, 2005, at 9:30 a.m. in Honolulu, at Carnazzo Court Reporters, 888 Mililani St, Suite 705, Honolulu, Hawaii 96813, ph. 532-0222.
>
> Jehan can cover for you since he will be in Hawaii for Dr. Salzberg's depositons on January 14.
>
> Please let me know if either date is OK.
>
> Thanks, Wayson Wong

**EXHIBIT "A"**

## Vincent E. Leon Guerrero

**From:** WaysonWong@aol.com
**Sent:** Tuesday, March 08, 2005 5:42 PM
**To:** vlg@kbsjlaw.com
**Subject:** Re: FW: Trinh v. Culiat

Vince, thanks for the information. Wayson Wong

## Vincent E. Leon Guerrero

**From:** Vincent E. Leon Guerrero [vlg@kbsjlaw.com]
**Sent:** Saturday, March 19, 2005 10:44 AM
**To:** 'WaysonWong@aol.com'
**Cc:** Leonard S. Lipson (llipson@margolisedelstein.com)
**Subject:** RE: Trinh v. Culiat

The July trial date is fine with me. However, we anticipate completing our discovery on time. I brought up the issue of whether you would have enough time to complete discovery of our anticipated experts (subject to the information obtained from the depositions of Mr. Trinh and Dr. Sable).

-----Original Message-----
**From:** WaysonWong@aol.com [mailto:WaysonWong@aol.com]
**Sent:** Friday, March 18, 2005 6:03 PM
**To:** vlg@kbsjlaw.com
**Subject:** Trinh v. Culiat

Vince,

Let's go with the July 5, 2005 trial date. I will have the Second Amended Scheduling Order finalized and submitted to you for your review and approval. However, to address your concern about more time for discovery, let us agree together that notwithstanding the order, you and I agree to allow discovery up to May 31, 2005, alright?

Thanks, Wayson Wong

**EXHIBIT "C"**

## Vincent E. Leon Guerrero

**From:** WaysonWong@aol.com
**Sent:** Saturday, March 26, 2005 10:03 AM
**To:** vlg@kbsjlaw.com
**Subject:** Trinh v. Culiat

Vince,

This email will confirm our internal (between counsel) agreement today that the discovery cut off for this case be on May 31, 2005, instead of April 30, 2005.

Wayson Wong

**EXHIBIT "D"**