KLEMM, BLAIR, STERLING & JOHNSON
A PROFESSIONAL CORPORATION
1008 PACIFIC NEWS BUILDING
238 ARCHBISHOP F.C. FLORES STREET
AGANA, GUAM 96910
TELEPHONE 477-7857

By JEHAN'AD G. MARTINEZ

Attorneys for   Defendants Maryfe A. Culiat and Fely A. Culiat



**FILED**
DISTRICT COURT OF GUAM
APR 22 2005
MARY L.M. MORAN
CLERK OF COURT



## IN THE DISTRICT COURT OF GUAM
## TERRITORY OF GUAM

| | |
|---|---|
| LUAN Q. TRINH and CHI LUONG, h/w, ) | CIVIL CASE NO. 03-00017 |
| ) | |
| Plaintiffs, ) | |
| ) | |
| vs. ) | |
| ) | **NOTICE OF VIDEOTAPE** |
| MARYFE A. CULIAT and FELY A. ) | **DEPOSITION** |
| CULIAT, ) | |
| ) | |
| Defendants. ) | |

**TO THE PLAINTIFFS HEREIN AND TO THEIR ATTORNEYS OF RECORD:**

**PLEASE TAKE NOTICE** that Defendants **MARYFE A. CULIAT** and **FELY A. CULIAT** will take the videotape deposition upon oral examination of **JOHN L. CHASE, M.D.**, in order to preserve that expert witness's testimony for trial pursuant to Rule 30 of the Federal Rules of Civil Procedure, on Tuesday, May 24, 2005, at the hour of 2:00 p.m. (California date and time), at the offices of Pizzotti & Jarnagin, Certified Shorthand Reporters, 5776 Stoneridge Mall Road, Suite 178, Pleasanton, California 94588.

Said deposition will be stenographically recorded by Pizzotti & Jarnagin Certified Shorthand Reporters of Pleasanton, California, and videotaped (both sound and visual) by Tradewinds

West of San Anselmo, California, and will take place before a notary public or other officer authorized to administer oaths and will continue from day to day, Sundays and Holidays excluded, until completed.

KLEMM, BLAIR, STERLING & JOHNSON
A PROFESSIONAL CORPORATION

DATED: APRIL 21, 2005          BY: _____
                                    **JEHAN'AD G. MARTINEZ**
                                    *Attorneys for Defendants Maryfe A. Culiat and Fely A. Culiat*

A49:62\14226-177
G:\Word97\OFFICE\WORDDOC\dongbu\pld\544A-NTC OF VIDEO DEPO OF DR CHASE RE TRINH V CULIAT.doc