Wayson W. S. Wong, Esq.
Law Offices of Wayson Wong
142 Seaton Blvd., Suite 203
Hagatna, Guam 96910
Phone: 475-7448

Attorney for Plaintiff

FILED
DISTRICT COURT OF GUAM
APR 25 2005
MARY L.M. MORAN
CLERK OF COURT

IN THE DISTRICT COURT OF GUAM

TERRITORY OF GUAM

| | |
|---|---|
| LUAN Q. TRINH and CHI LUONG, h/w<br><br>Plaintiffs,<br><br>vs.<br><br>MARYFE A. CULIAT and FELY A. CULIAT,<br><br>Defendants. | Civil Case No. 03-00017<br><br>CERTIFICATE OF SERVICE |

## CERTIFICATE OF SERVICE

I hereby certify that on April 20, 2005, a copy of this Court's Order re increasing the number of plaintiff's discovery requests was duly served by fax delivery and U.S. mail, postage prepaid, and on April 21, 2005, two copies of plaintiff's second request for answers to interrogatories and interrogatories were duly served by personal delivery upon the following at his last known address.

>Vincent Leon Guerrero, Esq.
>Klemm, Blair, Sterling & Johnson
>Suite 1008, Pacific News Building
>238 Archbishop F. C. Flores St.
>Hagatna, Guam 96910
>
>Attorney for Defendants Maryfe A. Culiat
>and Fely A. Culiat

Dated: Hagatna, Guam, April 22, 2005.

_____
Wayson W. S. Wong
Attorneys for Plaintiff

ORIGINAL