Wayson W. S. Wong, Esq.
Law Offices of Wayson Wong
142 Seaton Blvd., Suite 203
Hagatna, Guam 96910
Phone: 475-7448

Attorney for Plaintiff



**FILED**
DISTRICT COURT OF GUAM

MAY 13 2005

MARY L.M. MORAN
CLERK OF COURT

IN THE DISTRICT COURT OF GUAM

TERRITORY OF GUAM



| | |
|---|---|
| LUAN Q. TRINH and CHI LUONG, h/w, | ) Civil Case No. 03-00017 |
| Plaintiffs, | ) CERTIFICATE OF SERVICE |
| vs. | ) |
| MARYFE A. CULIAT and FELY A. CULIAT, | ) |
| Defendants. | ) |

### CERTIFICATE OF SERVICE

I hereby certify that on the date indicated below a copy of the Plaintiff's Reply Memorandum in Support of Plaintiff's Motion in Limine to Exclude Defendants' Expert Witnesses; Declaration of Wayson W. S. Wong was duly served by United States mail, postage prepaid, addressed to the following at his last known address.

    Vincent Leon Guerrero, Esq.
    Klemm, Blair, Sterling & Johnson
    Suite 1008, Pacific News Building
    238 Archbishop F. C. Flores St.
    Hagatna, Guam 96910

    Attorney for Defendants Maryfe A. Culiat
    and Fely A. Culiat

Dated: Hagatna, Guam, April 25, 2005.

                                        */s/ Wayson W. S. Wong*
                                        Wayson W. S. Wong
                                        Attorney for Plaintiff

**ORIGINAL**