Wayson W. S. Wong, Esq.
Law Offices of Wayson Wong
142 Seaton Blvd., Suite 203
Hagatna, Guam 96910
Phone: 475-7448

Attorney for Plaintiff Luan Q. Trinh

**FILED**
DISTRICT COURT OF GUAM

JUN - 6 2005

MARY L.M. MORAN
CLERK OF COURT

IN THE DISTRICT COURT OF GUAM

TERRITORY OF GUAM



| | |
|---|---|
| LUAN Q. TRINH and CHI LUONG, h/w,<br><br>　　　　　　Plaintiffs,<br><br>　vs.<br><br>MARYFE A. CULIAT and FELY A. CULIAT,<br><br>　　　　　　Defendants. | Civil Case No. 03-00017<br><br>PLAINTIFF LUAN TRINH'S TRIAL BRIEF |

### PLAINTIFF LUAN TRINH'S TRIAL BRIEF

I.   Plaintiff Luan Trinh ("Mr. Trinh") submits the following information as his trial brief.

　　A.　Factual Contentions

On December 24, 2000, Mr. Trinh was driving straight and properly on Route 16, a major road in Guam. Defendant Maryfe Culiat ("Ms. Culiat") made a left turn in front of him and caused a collision between their two cars.

As a result of that collision, Mr. Trinh sustained serious bodily injuries, including a herniation of his C5-6 disc in his neck and lumbar disc bulging. Mr. Trinh has incurred substantial medical-rehabilitative expenses to treat his injuries and has lost wages

because of them. He continues to suffer neck and back pain and problems, weakness in his arms and left leg and numbness in his left foot. He probably will have such problems for the rest of his life, and they probably will worsen.

Ms. Culiat's negligence legally caused Mr. Trinh's injuries and damages, and she is liable to him for such damages. Under Guam law and the facts of this case, as the owner of the car driven by her daughter, Ms. Culiat, defendant Fely Culiat, is vicariously liable for such damages, up to $5,000.

B. <u>Legal Brief</u>

1. <u>Issue of Law</u>

The law applicable to this case is the law of negligence. It is straightforward. Mr. Trinh does not anticipate any legal issues with respect to that law in this case.

2. <u>Evidentiary Problems</u>

The major evidentiary problems involve whether defendants' expert witness should be allowed to testify.

On April 12, 2005, Mr. Trinh filed Plaintiff's Motion in Limine to Exclude Defendants' Expert Witnesses and its supporting documents to ask this Court to exclude those witnesses for the reasons given. He incorporates by reference that motion and its supporting documents and Plaintiff's Reply Memorandum in Support Plaintiff's Motion in Limine to Exclude Defendants' Expert Witnesses and its supporting document filed on April 25, 2005. This Court has not yet ruled on that motion. That motion was particularly appropriate with respect to expert witness Frank Perez. As of April 25, 2005, Mr. Trinh had not received any of the disclosures defendants had been required to make about that witness since April 6, 2005, when defendants were required to make all of those

disclosures with respect to him. Mr. Trinh never received his report about this case until May 2005, and despite several attempts to schedule his deposition prior to the scheduled trial (if this Court somehow ruled to allow him to testify), defendants' counsel has not responded to his counsel about any of them. Mr. Trinh continues to request that his motion in limine be granted, especially as to Frank Perez.

C. <u>Attorney's Fees</u>

Mr. Trinh will not be claiming attorney's fees.

D. <u>Abandonment of Issues</u>

Mr. Trinh's counsel has asked defendants to stipulate to dismiss plaintiff Chi Luong's loss of consortium claims in this case. She has been his wife, but they are being divorced or have obtained a divorce. His counsel will not pursue her claims in this case; they are abandoned.



3
Case 1:03-cv-00017    Document 43    Filed 06/06/2005    Page 3 of 4

Dated: Honolulu, Hawaii, June 5, 2005            .

                                       */s/ Wayson W. S. Wong*
                                       Wayson W. S. Wong
                                       Attorney for Plaintiff