Wayson W. S. Wong, Esq.
Law Offices of Wayson Wong
142 Seaton Blvd., Suite 203
Hagatna, Guam 96910
Phone: 475-7448

Attorney for Plaintiff Luan Q. Trinh

# FILED
## DISTRICT COURT OF GUAM

JUN - 6 2005 ₁ⁿᵒᵛ

### MARY L.M. MORAN
### CLERK OF COURT

(42)

IN THE DISTRICT COURT OF GUAM

TERRITORY OF GUAM

| | |
|---|---|
| LUAN Q. TRINH and CHI LUONG, h/w, | Civil Case No. 03-00017 |
| Plaintiffs, | CERTIFICATE OF SERVICE |
| vs. | |
| MARYFE A. CULIAT and FELY A. CULIAT, | |
| Defendants. | |

## CERTIFICATE OF SERVICE

I hereby certify that on the date indicated below a copy of the Plaintiff Luan

Trinh's Trial Brief, was duly served by personal delivery to the following at his last

known address.

> Vincent Leon Guerrero, Esq.
> Klemm, Blair, Sterling & Johnson
> Suite 1008, Pacific News Building
> 238 Archbishop F. C. Flores St.
> Hagatna, Guam 96910
>
> Attorney for Defendants Maryfe A. Culiat
> and Fely A. Culiat

ORIGINAL

Dated: Honolulu, Hawaii, ___June 5, 2005___.

Wayson W. S. Wong
Attorney for Plaintiff

Certificate of Service, Trinh v. Culiat, et al., District Court of Guam, Civ. Case No. 03-00017