# UNITED STATES DISTRICT COURT

**FILED**
DISTRICT COURT OF GUAM
JUN 13 2005
MARY L.M. MORAN
CLERK OF COURT

DISTRICT OF _____ GUAM

LUAN Q. TRINH, et al

**NOTICE**

V.

MARYFE A. CULIAT, et al

CASE NUMBER: CV-03-00017

(44)

TYPE OF CASE:

X CIVIL ☐ CRIMINAL

☐ **TAKE NOTICE** that a proceeding in this case has been set for the place, date, and time set forth below:

| PLACE | ROOM NO. |
|---|---|
|  | DATE AND TIME |

TYPE OF PROCEEDING

**PRELIMINARY PRETRIAL CONFERENCE**

X **TAKE NOTICE** that a proceeding in this case has been continued as indicated below:

| PLACE District Court of Guam 4th Floor U.S. Courthouse 520 West Soledad Avenue Hagatna, Guam 96910 | DATE AND TIME PREVIOUSLY SCHEDULED Wednesday, June 15, 2005 - 9:30 a.m. | CONTINUED TO DATE AND TIME Thursday, June 16, 2005 at 1:30 p.m. |
|---|---|---|

MARY L.M. MORAN
U.S. MAGISTRATE JUDGE OR CLERK OF COURT

June 13, 2005
DATE

BY: *Rosita P. San Nicolas*
ROSITA P. SAN NICOLAS, CHIEF DEPUTY CLERK

TO: (6/13/05 Nota 11:10 Am)
WAYSON WONG
ACKNOWLEDGED RECEIPT
By: *Nova Cullen*
Date: 6/13/05

(6/13/05 11:10am Arlene)
VINCENT LEON GUERRERO
ACKNOWLEDGED RECEIPT
By: *signature*
Date: 6/13/05

ACKNOWLEDGED RECEIPT
By: ~~~~
Date: ~~~~

ACKNOWLEDGED RECEIPT
By: ~~~~
Date: ~~~~

**ORIGINAL**