Wayson W. S. Wong, Esq.
Law Offices of Wayson Wong
142 Seaton Blvd., Suite 203
Hagatna, Guam 96910
Ph. 475-7448



FILED
DISTRICT COURT OF GUAM

JUN 15 2005

MARY L.M. MORAN
CLERK OF COURT

Attorney for Plaintiff Luan Q. Trinh



IN THE DISTRICT COURT OF GUAM

TERRITORY OF GUAM

| | |
|---|---|
| LUAN Q. TRINH and CHI LUONG, h/w<br><br>Plaintiffs,<br><br>vs.<br><br>MARYFE A. CULIAT and FELY A. CULIAT,<br><br>Defendants. | Civil Case No. 03-00017<br><br>EX PARTE MOTION REQUESTING APPEARANCE BY TELEPHONE CONFERENCE CALL AND ORDER |

EX PARTE MOTION REQUESTING APPEARANCE
BY TELEPHONE CONFERENCE CALL AND ORDER

Wayson W. S. Wong, Esq., attorney for plaintiff Luan Q. Trinh, respectfully requests, ex parte, to this Honorable Court that he be allowed to appear by telephone conference call at the preliminary pretrial conference scheduled for this case on Thursday, June 16, 2005, at 1:30 p.m. Plaintiff's counsel left for Hawaii on May 12, 2005, to attend to matters there at least until June 28, 2005.

Dated: Honolulu, Hawaii, June 12, 2005       .

                                                                                                               Wayson W. S. Wong
                                                                                                               Attorney for Plaintiff

APPROVED AND SO ORDERED: 6/15/05

Judge of the Above-Entitled Court


RECEIVED
JUN 13 2005
DISTRICT COURT OF GUAM
HAGATNA, GUAM

Ex Parte Motion Requesting Appearance by Telephone Conference Call and Order, *Trinh, et al. v. Culiat, et al.*, District Court of Guam, Civil Case No. 03-00017