# DISTRICT COURT OF GUAM
## TERRITORY OF GUAM
### HONORABLE JOAQUIN V. E. MANIBUSAN, JR. MAGISTRATE JUDGE, PRESIDING
### CIVIL MINUTES

**CASE NO. CV-03-00017**  **DATE: 06/16/2005**  **TIME: 1:35 p.m.** (46)

**CAPTION:** LUAN Q. TRINH, et al. -vs- MARYFE A. CULIAT, et al.

**FILED**

**DISTRICT COURT OF GUAM**

**JUN 16 2005**

**MARY L.M. MORAN**
**CLERK OF COURT**

Courtroom Deputy: Virginia T. Kilgore
Court Reporter: Wanda Miles
Hearing Electronically Recorded - Run Time: 1:35:58 - 2:00:29

Law Clerk: J. HATTORI

CSO: B. Pereda

**APPEARANCES**

**COUNSEL FOR PLAINTIFF(s):**

WAYSON WONG - TELEPHONIC

**COUNSEL FOR DEFENDANT(s):**

VINCE LEON GUERRERO

**OTHERS PRESENT**

**PROCEEDINGS:** PRELIMINARY PRETRIAL CONFERENCE

( ) MOTION (S) ARGUED BY  ( ) PLAINTIFF  ( ) DEFENDANT
( ) MOTION(s) ___ Granted ___ Denied ____Settled ____Withdrawn ____Under Advisement
( ) ORDER SUBMITTED ____ Approved ____ Disapproved
( ) ORDER to be Prepared By:
( ) PROCEEDINGS CONTINUED TO: _____at _____

**NOTES:**

The Court stated that the bench trial is moved in this matter to July 12, 2005 at 9:00 a.m. and stated its reasons.

Mr. Wong noted for the record that he does not represent Mr. Trinh's spouse, the co-plaintiff.

The Court ordered that all pretrial documents be filed or lodged no later than June 30, 2005 and set a Final Pretrial Conference for July 5, 2005 at 10:30 a.m. before Judge Takasugi.

COURTROOM DEPUTY: