Wayson W. S. Wong, Esq.
Law Offices of Wayson Wong
142 Seaton Blvd., Suite 203
Hagatna, Guam 96910
Ph. 475-7448



FILED
DISTRICT COURT OF GUAM
JUN 30 2005

MARY L.M. MORAN
CLERK OF COURT

Attorney for Plaintiff Luan Q. Trinh



IN THE DISTRICT COURT OF GUAM

TERRITORY OF GUAM

| LUAN Q. TRINH and CHI LUONG, h/w, | ) Civil Case No. 03-00017 |
|---|---|
| Plaintiffs, | ) EX PARTE MOTION FOR ONE DAY EXTENSION TO FILE TRIAL PLEADINGS AND OTHER DOCUMENTS FOR TRIAL AND ORDER |
| vs. | |
| MARYFE A. CULIAT and FELY A. CULIAT, | |
| Defendants. | |

EX PARTE MOTION FOR ONE DAY EXTENSION TO FILE
FILE TRIAL PLEADINGS AND OTHER DOCUMENTS FOR TRIAL

Plaintiff Luan Q. Trinh, by and through his attorney, Wayson W. S. Wong, Esq., of the Law Offices of Wayson Wong, A Professional Corporation, pursuant to Rule 7(b)(1) of the Federal Rules of Civil Procedure, moves this Court, ex parte, for an order allowing all of the parties to file or lodge their trial pleadings and other documents for trial due on June 30, 2005, on July 1, 2005 instead. Those trial pleadings and other documents for trial include the parties' witness lists, exhibits lists, exhibits, designations of discovery materials, original

ORIGINAL

deposition transcripts to be used for the trial, and the proposed pretrial order and stipulation. Plaintiff's attorney just returned from Hawaii to his Guam office on June 29, 2005, and there has not been enough time for the parties' attorneys to fully discuss and agree or disagree as to many of the matters to be set forth in those trial pleadings. Such additional day can assist counsel in narrowing the issues for trial, reduce the trial time and make the trial easier for all concerned. Defendants' counsel agrees with this one day extension and the ex parte proceedings to request it; therefore, this motion is appropriate for determination forthwith without any hearing.

Dated: Hagatna, Guam, June 30, 2005.

Wayson W. S. Wong
Attorney for Plaintiff

APPROVED AND SO ORDERED: 6/30/2005

Judge of the Above-Entitled Court

RECEIVED
JUN 30 2005
DISTRICT COURT OF GUAM
HAGATNA, GUAM

Ex Parte Motion Requesting One Day Extension to File Trial Pleadings and Other Documents for Trial and Order, *Trinh, et al. v. Cufiat, et al.*, District Court of Guam, Civil Case No. 03-00017