Wayson W. S. Wong, Esq.
Law Offices of Wayson Wong
142 Seaton Blvd., Suite 203
Hagatna, Guam 96910
Phone: 475-7448

Attorney for Plaintiff Luan Q. Trinh

FILED
DISTRICT COURT OF GUAM
JUN 30 2005
MARY L.M. MORAN
CLERK OF COURT
(49)

## IN THE DISTRICT COURT OF GUAM

## TERRITORY OF GUAM

| | |
|---|---|
| LUAN Q. TRINH and CHI LUONG, h/w,<br><br>Plaintiffs,<br><br>vs.<br><br>MARYFE A. CULIAT and FELY A. CULIAT,<br><br>Defendants. | Civil Case No. 03-00017<br><br>CERTIFICATE OF SERVICE |

### CERTIFICATE OF SERVICE

I hereby certify that on June 15, 2005, a copy of the Ex Parte Motion Requesting Appearance by Telephone Conference Call and Order, was duly served by fax delivery and by mailing a copy of the same by United States mail, postage prepaid, addressed to the following at his last known address.

> Vincent Leon Guerrero, Esq.
> Klemm, Blair, Sterling & Johnson
> Suite 1008, Pacific News Building
> 238 Archbishop F. C. Flores St.
> Hagatna, Guam 96910
>
> Attorney for Defendants Maryfe A. Culiat
> and Fely A. Culiat

_____
Wayson W. S. Wong
Attorney for Plaintiff Luan Q. Trinh