KLEMM, BLAIR, STERLING & JOHNSON
A PROFESSIONAL CORPORATION
1008 PACIFIC NEWS BUILDING
238 ARCHBISHOP F.C. FLORES STREET
AGANA, GUAM 96910
TELEPHONE 477-7857

By **VINCENT LEON GUERRERO**

Attorneys for   *Defendants Maryfe A. Culiat and Fely A. Culiat*

**FILED**
DISTRICT COURT OF GUAM
JUN 30 2005
MARY L.M. MORAN
CLERK OF COURT

(50)

# IN THE DISTRICT COURT OF GUAM
## TERRITORY OF GUAM

| | |
|---|---|
| LUAN Q. TRINH and CHI LUONG, h/w,         )<br>                                           )<br>              Plaintiffs,                  )<br>                                           )<br>     vs.                                   )<br>                                           )<br>MARYFE A. CULIAT and FELY A. CULIAT,       )<br>                                           )<br>              Defendants.                  )<br>_____) | CIVIL CASE NO. 03-00017<br><br><br><br>**EXHIBIT LIST** |

**COME NOW** Defendants **MARYFE A. CULIAT** and **FELY A. CULIAT** and reserve the right to present the following document and things at trial in the instant captioned case:

| EXHIBIT | DESCRIPTION | DATE IDENTIFIED | DATE ADMITTED |
|---|---|---|---|
| A | Video deposition of Maryfe Culiat and transcript | | |
| B | Video deposition of John Chase, M.D. and transcript | | |
| C | Judgment *USA v. Larry Sable,* Case No. 01-CR-245 (certified copy) | | |
| D | Consent Order *In re Larry A. Sable* (certified copy) | | |

| | | |
|---|---|---|
| E | Photographs (6) of accident scene | |
| F | Emergency Room Report dated December 24, 2000 | |
| G | Ambulance Report dated December 24, 2000 | |
| H | CT Scan dated December 24, 2000 | |
| I | Claimant's report dated January 3, 2001 | |
| J | Plaintiffs' Initial Disclosure dated November 19, 2003 | |
| K | Friendly Auto Repair estimate dated December 26, 2000 | |
| L | Deposition transcript of Luan Trinh dated March 24, 2005 | |
| M | Maryfe Culiat's Response to Plaintiffs' First 25 Interrogatories | |

**DATED** this 30th day of June, 2005.

KLEMM, BLAIR, STERLING & JOHNSON
A PROFESSIONAL CORPORATION


BY: /s/ Vincent Leon Guerrero
VINCENT LEON GUERRERO
*Attorneys for Defendants Maryfe A. Culiat and Fely A. Culiat*

V49\14226-177
G:\WORD97\OFFICE\WORDDOC\DONGBU\PLD\574-EXHIBIT
LIST RE TRINH V CULIAT.DOC

KLEMM, BLAIR,
STERLING & JOHNSON
A PROFESSIONAL CORPORATION
1008 PACIFIC NEWS BLDG
238 ARCHBISHOP
F.C. FLORES ST.
HAGÅTÑA, GUAM 96910