KLEMM, BLAIR, STERLING & JOHNSON
A PROFESSIONAL CORPORATION
1008 PACIFIC NEWS BUILDING
238 ARCHBISHOP F.C. FLORES STREET
AGANA, GUAM 96910
TELEPHONE 477-7857

By VINCENT LEON GUERRERO

Attorneys for   *Defendants Maryfe A. Culiat and Fely A. Culiat*

FILED
DISTRICT COURT OF GUAM
JUN 30 2005
MARY L.M. MORAN
CLERK OF COURT

(51)

# IN THE DISTRICT COURT OF GUAM
## TERRITORY OF GUAM

| | |
|---|---|
| LUAN Q. TRINH and CHI LUONG, h/w,  )<br>                                     )<br>             Plaintiffs,              )<br>                                     )<br>        vs.                          )<br>                                     )<br> MARYFE A. CULIAT and FELY A. CULIAT,)<br>                                     )<br>             Defendants.             )<br> _____) | CIVIL CASE NO. 03-00017<br><br>WITNESS LIST |

**COME NOW** Defendants **MARYFE A. CULIAT** and **FELY A. CULIAT** and reserve the right to call the following witnesses for live testimony at trial in the instant captioned case:

| WITNESS | ADDRESS | PHONE NUMBER |
|---|---|---|
| Maryfe Culiat | 1825 East West Road<br>Honolulu, Hawaii  96822 | (808) 957-1088 |
| John Chase, M.D. | BENCHMARK MEDICAL CONSULTANTS<br>10423 Old Placerville Road<br>Suite 100<br>Sacramento, CA  95827 | (916) 920-2272<br>(800) 458-1261 |
| Fely Culiat | 560A Route 2<br>Agat, Guam | (671) 565-5626 |

//

| | | |
|---|---|---|
| Luan Trinh | 1516 McKeane Street<br>Philadelphia, PA | |
| Vincent Cruz | unknown | (671) 735-0841 |
| Roland V. Tenorio | Yigo Fire Station | (671) 653-3473 |

**DATED** this 30th day of June, 2005.

KLEMM, BLAIR, STERLING & JOHNSON
A PROFESSIONAL CORPORATION

BY: *Vincent Leon Guerrero* (signature)
**VINCENT LEON GUERRERO**
*Attorneys for Defendants Maryfe A. Culiat and Fely A. Culiat*

V49\14226-177
G:\WORD97\OFFICE\WORDDOC\DONGBU\PLD\575-WITNESS LIST RE TRINH V CULIAT.DOC

KLEMM, BLAIR,
STERLING & JOHNSON
A PROFESSIONAL CORPORATION
1008 PACIFIC NEWS BLDG
238 ARCHBISHOP
F.C. FLORES ST.
HAGÅTÑA, GUAM 96910