KLEMM, BLAIR, STERLING & JOHNSON
A PROFESSIONAL CORPORATION
1008 PACIFIC NEWS BUILDING
238 ARCHBISHOP F.C. FLORES STREET
AGANA, GUAM 96910
Telephone 477-7857

By VINCENT LEON GUERRERO

Attorneys for    Defendants Maryfe A. Culiat and Fely A. Culiat

FILED
DISTRICT COURT OF GUAM
JUN 30 2005
MARY L.M. MORAN
CLERK OF COURT

# IN THE DISTRICT COURT OF GUAM
## TERRITORY OF GUAM

| | |
|---|---|
| LUAN Q. TRINH and CHI LUONG, h/w, ) <br> ) <br> Plaintiffs, ) <br> ) <br> vs. ) <br> ) <br> MARYFE A. CULIAT and FELY A. CULIAT, ) <br> ) <br> Defendants. ) | CIVIL CASE NO. 03-00017 <br><br> **DISCOVERY MATERIAL DESIGNATION** |

**COME NOW** Defendants **MARYFE A. CULIAT** and **FELY A. CULIAT** and designate the following which may be used at trial in the instant captioned case:

1. Maryfe Culiat Deposition Transcript dated June 25, 2005. Defendants designate the complete transcript and videotape for trial.

2. John Chase, M.D. Deposition Transcript dated May 24, 2005. Defendants designate the complete transcript and videotape for trial.

This submission is in compliance with Court order.

**DATED** this 30th day of June, 2005.

KLEMM, BLAIR, STERLING & JOHNSON
A PROFESSIONAL CORPORATION

BY: _____
VINCENT LEON GUERRERO
*Attorneys for Defendants Maryfe A. Culiat and Fely A. Culiat*