Wayson W. S. Wong, Esq.
Law Offices of Wayson Wong
142 Seaton Blvd., Suite 203
Hagatna, Guam 96910
Phone: 475-7448

Attorney for Plaintiff Luan Q. Trinh

FILED
DISTRICT COURT OF GUAM
JUL -1 2005
MARY L.M. MORAN
CLERK OF COURT

IN THE DISTRICT COURT OF GUAM

TERRITORY OF GUAM

| | |
|---|---|
| LUAN Q. TRINH and CHI LUONG, h/w<br><br>Plaintiffs,<br><br>vs.<br><br>MARYFE A. CULIAT and FELY A. CULIAT,<br><br>Defendants. | Civil Case No. 03-00017<br><br>PLAINTIFF LUAN Q. TRINH'S WITNESS LIST |

### PLAINTIFF LUAN Q. TRINH'S WITNESS LIST

Plaintiff Luan Q. Trinh, by and through his attorney, Wayson W. S. Wong, Esq., of the Law Offices of Wayson Wong, A Professional Corporation, lists the witnesses that he may call to testify at the trial for this case.

1. Luan Q. Trinh
   2518 Lee Street
   Philadelphia, PA 19125
   Ph.: (215) 739-2717

   Will testify about facts of the collision involved and his injuries and damages from it.

2. Dr. Larry Sabel, D.C.
   Associated Chiropractors of Burlington County, LLC
   P.O. Box 439
   698 N. Main St.

Lumberton, NJ 08048
Ph.: (609) 261-0504

Will testify about the plaintiff's injuries and damages, and his treatment of the same including his diagnoses, causation opinions and prognoses.

3. Vincent Brian Cruz
   Headquarters and
   Headquarters Detachment
   Guam Army National Guard
   Fort Juan Muna, Guam
   Ph.: 735-0476

   Will testify about the facts of the collision involved.

4. Marie Truong
   105 Linda Way-Jonestown
   Tamuning, Guam 96911
   Ph.: 649-4187

   Will testify about the facts of the collision involved.

5. Dr. Kwang Ming Chen (Rebuttal Witness)
   P. O Box 7854
   ITC Building
   Tamuning, Guam 96931
   Ph.: 646-4078

   Will testify in rebuttal to defendants medical expert, Dr. John Chase.

6. As necessary, the custodians of records of the various exhibits involved, to authenticate them or otherwise have them admitted into evidence.

7. Any witnesses that defendants Maryfe A. Culiat and Fely A. Culiat have listed on their witness list.

Dated: Hagatna, Guam, July 1, 2005.

*[signature]*
Wayson W. S. Wong
Attorney for Plaintiff Luan Q. Trinh