Wayson W. S. Wong, Esq.
Law Offices of Wayson Wong
142 Seaton Blvd., Suite 203
Hagatna, Guam 96910
Phone: 475-7448

Attorney for Plaintiff Luan Q. Trinh



**FILED**
DISTRICT COURT OF GUAM
JUL -1 2005
MARY L.M. MORAN
CLERK OF COURT

(56)

IN THE DISTRICT COURT OF GUAM

TERRITORY OF GUAM

| | |
|---|---|
| LUAN Q. TRINH and CHI LUONG, h/w<br><br>Plaintiffs,<br><br>vs.<br><br>MARYFE A. CULIAT and FELY A. CULIAT,<br><br>Defendants. | Civil Case No. 03-00017<br><br>PLAINTIFF LUAN Q. TRINH'S DEPOSITIONS FOR TRIAL |

### PLAINTIFF LUAN Q. TRINH'S DEPOSITONS FOR TRIAL

1. Deposition of Plaintiff Luan Q. Trinh taken on March 24, 2005

2. Deposition of Dr. Larry Sabel taken on March 31, 2005

3. Deposition of Defendant Maryfe A. Culiat taken on March 22, 2005

The have not been marked pursuant to LR 32.1 for the reasons set forth in the Pretrial Order, and copies are included by stipulation among the parties.

Dated: Hagatna, Guam, July 1, 2005.

*Wayson W. S. Wong*
Wayson W. S. Wong
Attorney for Plaintiff Luan Q. Trinh