Wayson W. S. Wong, Esq.
Law Offices of Wayson Wong
142 Seaton Blvd., Suite 203
Hagtna, Guam 96910
Ph. 475-7448

Attorney for Plaintiff Luan Q. Trinh



FILED
DISTRICT COURT OF GUAM

JUL -1 2005

MARY L.M. MORAN
CLERK OF COURT



IN THE DISTRICT COURT OF GUAM

TERRITORY OF GUAM

| | |
|---|---|
| LUAN Q. TRINH and CHI LUONG, h/w<br><br>    Plaintiffs,<br><br>vs.<br><br>MARYFE A. CULIAT and FELY A. CULIAT,<br><br>    Defendants. | Civil Case No. 03-00017<br><br>REQUEST FOR SETTLEMENT CONFERENCE AND ORDER |

### REQUEST FOR SETTLEMENT CONFERENCE

Plaintiff Luan Q. Trinh, by and through his attorney, Wayson W. S. Wong, Esq., of the Law Offices of Wayson Wong, A Professional Corporation, pursuant to L.R. 16.6 of this Court, requests a settlement conference for this case any time during the week of July 5, 2005, before the Hon. Joaquin V. Manibusan, Jr., Magistrate Judge. This case is ready for and has been set for trial on July 12, 2005 before the Hon. Robert Takasugi, Senior District Court Judge. No settlement conference has been held for it.

Plaintiff believes that a settlement conference may be helpful in resolving this case. As far as plaintiff is concerned, this case involves clear liability and substantial damages far in excess of the $25,000 policy limit involved. Over the last several weeks prior to the scheduled trial, plaintiff has repeatedly made policy limit settlement offers to defendants and their insurer, but plaintiff has not received any response to them.

Plaintiff requests leave to file with the settlement judge a copy of his August 19, 2003 policy limit settlement offer to defendants' counsel to give the settlement judge more of the applicable facts to assist him with settlement discussions.

Plaintiff requests that defendants' insurer's claim manager be ordered to appear with defendants' counsel for any scheduled settlement conference to facilitate settlement discussions. As this Court knows, in many cases, that claim manager is the final decision maker with respect to any policy limit settlement offer; and to have him or her there would expedite the finalization of any settlement.

Dated: Hagatna, Guam, June 30, 2005.

_____
Wayson W. S. Wong
Attorney for Plaintiff Luan Q. Trinh

ORDER

~~This Court orders that a settlement conference be held for this case on _____~~; that plaintiff may file a copy of his August 19, 2003 settlement offer to defendants' counsel with this Court for that conference; and that defendants' insurer's claim manager is required to attend that conference.

Dated: Hagatna, Guam, _____.

Denied: The Court will be off-island during the requested time.

_____
Judge of the Above-Entitled Court



RECEIVED
JUN 30 2005
DISTRICT COURT OF GUAM
HAGATNA, GUAM

Request for Settlement Conference and Order, *Trinh, et al. v. Culiat, et al.*, District Court of Guam, Civil Case No. 03-00017