KLEMM, BLAIR, STERLING & JOHNSON
A PROFESSIONAL CORPORATION
1008 PACIFIC NEWS BUILDING
238 ARCHBISHOP F.C. FLORES STREET
AGANA, GUAM 96910
TELEPHONE 477-7857

By VINCENT LEON GUERRERO

Attorneys for Defendants Maryfe A. Culiat and Fely A. Culiat

**FILED**
DISTRICT COURT OF GUAM
JUL -5 2005
MARY L.M. MORAN
CLERK OF COURT

IN THE DISTRICT COURT OF GUAM
TERRITORY OF GUAM

| | |
|---|---|
| LUAN Q. TRINH and CHI LUONG, h/w, <br><br> Plaintiffs, <br><br> vs. <br><br> MARYFE A. CULIAT and FELY A. CULIAT, <br><br> Defendants. | CIVIL CASE NO. 03-00017 <br><br><br><br> **DEFENDANTS' OBJECTION TO PLAINTIFFS' WITNESS LIST** |

**COME NOW** Defendants **MARYFE A. CULIAT** and **FELY A. CULIAT** and object to the inclusion of Marie Troung and Kwang Ming Chen, M.D. as witnesses in the instant action on the basis the identification of such witnesses are late. In the case of Marie Truong, Defendants first learned of the Plaintiffs' attempt to use her testimony on July 1, 2005. In the case of Dr. Chen, the report prepared by Dr. Chen was submitted to Defendants on June 30, 2005. The report by Dr. Chen is, in essence, a reaffirmation of Plaintiffs' designated experts.

KLEMM, BLAIR, STERLING & JOHNSON
A PROFESSIONAL CORPORATION

DATED: JULY 5, 2005        BY: _____
VINCENT LEON GUERRERO
*Attorneys for Defendants Maryfe A. Culiat and Fely A. Culiat*

# CERTIFICATE OF SERVICE

I, **VINCENT LEON GUERRERO**, hereby certify that a true copy of **DEFENDANTS' OBJECTION TO PLAINTIFFS' WITNESS LIST** was or will be served via hand delivery on counsel of record for the Plaintiff in this matter on July 5, 2005 as follows:

> WAYSON WONG, ESQ.
> THE LAW OFFICES OF WAYSON WONG
> 142 SEATON BOULEVARD
> SUITE 203 HAGÅTÑA, GUAM 96910

DATED: JULY 5, 2005

_____
VINCENT LEON GUERRERO

KLEMM, BLAIR,
STERLING & JOHNSON
A Professional Corporation
1008 PACIFIC NEWS BLDG
238 ARCHBISHOP
F.C. FLORES ST.
HAGÅTÑA, GUAM 96910