KLEMM, BLAIR, STERLING & JOHNSON
A PROFESSIONAL CORPORATION
1008 PACIFIC NEWS BUILDING
238 ARCHBISHOP F.C. FLORES STREET
AGANA, GUAM 96910
Telephone 477-7857

By VINCENT LEON GUERRERO

Attorneys for Defendants Maryfe A. Culiat and Fely A. Culiat

**FILED**
DISTRICT COURT OF GUAM
JUL -5 2005
MARY L.M. MORAN
CLERK OF COURT

## IN THE DISTRICT COURT OF GUAM
## TERRITORY OF GUAM

| | |
|---|---|
| LUAN Q. TRINH and CHI LUONG, h/w, ) | CIVIL CASE NO. 03-00017 |
| Plaintiffs, ) | |
| vs. ) | **CERTIFICATE OF SERVICE** |
| MARYFE A. CULIAT and FELY A. CULIAT, ) | |
| Defendants. ) | |

I, **VINCENT LEON GUERRERO**, hereby certify that a true copy of the following documents:

1. WITNESS LIST
2. EXHIBIT LIST
3. DISCOVERY MATERIAL DESIGNATION

were served via hand delivery on counsel for the Plaintiff in this matter on June 30, 2005 as follows:

WAYSON WONG, ESQ.
THE LAW OFFICES OF WAYSON WONG
142 SEATON BOULEVARD
SUITE 203 HAGÅTÑA, GUAM 96910

DATED: JULY 5, 2005

_____
VINCENT LEON GUERRERO