KLEMM, BLAIR, STERLING & JOHNSON
A PROFESSIONAL CORPORATION
1008 PACIFIC NEWS BUILDING
238 ARCHBISHOP F.C. FLORES STREET
AGANA, GUAM 96910
TELEPHONE 477-7857

By VINCENT LEON GUERRERO

Attorneys for Defendants Maryfe A. Culiat and Fely A. Culiat

FILED
DISTRICT COURT OF GUAM
JUL - 5 2005
MARY L.M. MORAN
CLERK OF COURT

## IN THE DISTRICT COURT OF GUAM
## TERRITORY OF GUAM

| | |
|---|---|
| LUAN Q. TRINH and CHI LUONG, h/w, | CIVIL CASE NO. 03-00017 |
| Plaintiffs, | |
| vs. | CERTIFICATE OF SERVICE |
| MARYFE A. CULIAT and FELY A. CULIAT, | |
| Defendants. | |

I, **VINCENT LEON GUERRERO**, hereby certify that a true copy of the **MOTION FOR RECONSIDERATION OF ORDER EXCLUDING EXPERT WITNESS** was served via hand delivery on counsel for the Plaintiff in this matter on July 1, 2005 as follows:

WAYSON WONG, ESQ.
THE LAW OFFICES OF WAYSON WONG
142 SEATON BOULEVARD
SUITE 203 HAGÅTÑA, GUAM 96910

DATED: JULY 5, 2005

_____
VINCENT LEON GUERRERO