Wayson W. S. Wong, Esq.
Law Offices of Wayson Wong
142 Seaton Blvd., Suite 203
Hagatna, Guam 96910
Phone: 475-7448

Attorney for Plaintiff Luan Q. Trinh



FILED
DISTRICT COURT OF GUAM

JUL - 5 2005 ?P

MARY L.M. MORAN
CLERK OF COURT



## IN THE DISTRICT COURT OF GUAM

## TERRITORY OF GUAM

| LUAN Q. TRINH and CHI LUONG, h/w, | ) Civil Case No. 03-00017 |
|---|---|
| Plaintiffs, | ) PLAINTIFF LUAN Q. TRINH'S FIRST AMENDED EXHIBIT LIST |
| vs. | |
| MARYFE A. CULIAT and FELY A. CULIAT, | |
| Defendants. | |

## PLAINTIFF LUAN Q. TRINH'S FIRST AMENDED EXHIBIT LIST

Plaintiff Luan Q. Trinh hereby submits his first amended exhibit list, which shows the duplicate documents he may introduce into evidence at the trial for this case. This first amended exhibit list includes the U. S. Life Tables, 2002, as no. 10, which had been previously reserved.

| No. of Exhibit | Description | Date Identified | Date Admitted |
|---|---|---|---|
| 1 | Police Report for Collision Involved in This Case | | |
| 2 | Records of Dr. Lawrence Sabel, Treating Chiropractor, Attached to His Deposition | | |

ORIGINAL

|  |  |  |  |
|---|---|---|---|
|  | for This Case (Bate Stamped (000001 – 000052), Including His CV and Reports from Other Health Care Providers |  |  |
| 3 | Billing for Health Care Services Provided by Guam Memorial Hospital |  |  |
| 4 | Billing for Health Care Services Provided by Dr. Lawrence Sabel |  |  |
| 5 | Billing for Health Care Services Provided by Open MRI (Dr. Robert Lazarus) |  |  |
| 6 | Billing for Health Care Services Provided by Dr. Russell Abrams |  |  |
| 7 | Curriculum Vitae of Dr. K. M. Chen |  |  |
| 8 | Medical Report by Dr. K. M. Chen dated 6/30/05 |  |  |
| 9 | Payments to Benchmark Medical Consultants (Dr. John Chase) by Defendants' Counsel from 5/22/02 – 4/19/05, Totaling $104,706.04 |  |  |
| 10 | U. S. Life Tables, 2002 (Excerpt) from the U. S. Department of Health and Human Services |  |  |
| 11 | Medical Diagram of Spine |  |  |
| 12 | Medical Diagram of Cervical Spine and Various Nerves |  |  |
| 13 | Medical Diagram of Cervical and Lumbar Spine and Various Nerves |  |  |
| 14 | Medical Diagram of a Herniated Cervical Disc |  |  |
| 15 | (Reserved) |  |  |
| 16 | Deposition of Plaintiff Luan Trinh Taken on March 24, 2005 (filed separately in Court and not included with plaintiff's exhibits) |  |  |
| 17 | Deposition of Defendant Maryfe Culiat Taken on March 22, 2005 (filed separately in Court and not included with plaintiff's exhibits |  |  |
| 18 | Deposition of Dr. Lawrence Sabel Taken on March 31, 2005 (filed separately in Court and not included with plaintiff's exhibits), including two video tapes of that deposition (not included with plaintiff's exhibits because they are being duplicated for defendants) |  |  |
| 19 | MRI Scan Films of Plaintiff's Cervical and Lumbar Spine Taken by Open MRI on |  |  |

|    |                                                                                                                                        |   |   |
|----|----------------------------------------------------------------------------------------------------------------------------------------|---|---|
|    | 2/6/01 (seven sheets designated nos. 1 – 7 but because oversized, not included with plaintiff's exhibits)                             |   |   |
| 20 | (Reserved)                                                                                                                             |   |   |
| 21 | (Reserved)                                                                                                                             |   |   |
| 22 | (Reserved)                                                                                                                             |   |   |
| 23 | (Reserved)                                                                                                                             |   |   |
| 24 | (Reserved)                                                                                                                             |   |   |

Plaintiff reserves the right to introduce any of the exhibits listed in defendants' list of exhibits as one of his exhibits for this case.

Plaintiff also reserves the right to introduce any exhibit that may be applicable to any testimony by Dr. Frank Perez. This Court has ordered that his testimony be excluded; however, defendants have moved for reconsideration of that order. If this Court somehow changes its decision on that matter, plaintiff probably will need to list and use additional exhibits with respect to Dr. Perez.

Dated: Hagatna, Guam, July 2, 2005.

*Wayson W. S. Wong*
Wayson W. S. Wong
Attorney for Plaintiff Luan Q. Trinh