AO88 (Rev. 1/94) Subpoena in a Civil Case

# Issued by the
# UNITED STATES DISTRICT COURT
## DISTRICT OF GUAM

**FILED**
**DISTRICT COURT OF GUAM**
**JUL -5 2005**
**MARY L.M. MORAN**
**CLERK OF COURT**

LUAN Q. TRINH and CHI LUONG, h/w,

    Plaintiffs,

V.

MARYFE A. CULIAT and FELY A. CULIAT

    Defendants.

SUBPOENA IN A CIVIL CASE

Case Number:[1]  03-00017

TO: **VINCENT CRUZ**

☒ YOU ARE COMMANDED to appear in the United States District court at the place, date, and time specified below to testify in the above case.

| PLACE OF TESTIMONY | COURTROOM |
|---|---|
| **DISTRICT COURT OF GUAM**<br>**520 W SOLEDAD AVENUE**<br>**HAGÅTÑA, GUAM 96910** | |
| | DATE AND TIME<br>**JULY 12, 2005, 9:00 AM** |

☐ YOU ARE COMMANDED to appear at the place, date, and time specified below to testify at the taking of a deposition in the above case.

| PLACE OF DEPOSITION | DATE AND TIME |
|---|---|
| | |

☐ YOU ARE COMMANDED to produce and permit inspection and copying of the following documents or objects at the place, date, and time specified below (list documents or objects):

| PLACE | DATE AND TIME |
|---|---|
| | |

☐ YOU ARE COMMANDED to permit inspection of the following premises at the date and time specified below.

| PREMISES | DATE AND TIME |
|---|---|
| | |

Any organization not a party to this suit that is subpoenaed for the taking of a deposition shall designate one or more officers, directors, or managing agents, or other persons who consent to testify on its behalf, and may set forth, for each person designated, the matters on which the person will testify. Federal Rules of Civil Procedure, 30(b)(6).

| ISSUING OFFICER'S SIGNATURE AND TITLE (INDICATE IF ATTORNEY FOR PLAINTIFF OR DEFENDANT) | DATE |
|---|---|
| /s/ Vincent Leon Guerrero    *Attorney for Defendants* | **JUNE 22, 2005** |

ISSUING OFFICER'S NAME, ADDRESS AND PHONE NUMBER
**VINCENT LEON GUERRERO**
**KLEMM, BLAIR, STERLING & JOHNSON, P.C.**
**1008 PNB, 238 ARCHBISHOP F.C. FLORES ST., HAGÅTÑA, GU 96910**     **(671) 477-7857**

(See Rule 45, Federal Rules of Civil Procedure, Parts C & D on next page)

[1] If action is pending in district other than district of issuance, state district under case number.

## PROOF OF SERVICE

|  | DATE | PLACE |
|---|---|---|
| SERVED | 06-27-05 | Klemm, Blair, Sterling + Johnson 1008 PNB, 238 Archbishop Flores St., Hagatña |

| SERVED ON (PRINT NAME) | MANNER OF SERVICE |
|---|---|
| Vincent Cruz | Personal |

| SERVED BY (PRINT NAME) | TITLE |
|---|---|
| Annette Jean C. Roberto | legal secretary |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Proof of Service is true and correct.

Executed on   06-27-05
                   DATE

SIGNATURE OF SERVER

ADDRESS OF SERVER 1008 PNB, Archbishop Flores St., Hagatña, Gu 96910