# DISTRICT COURT OF GUAM
# TERRITORY OF GUAM
### HONORABLE ROBERT M. TAKASUGI, DESIGNATED JUDGE, PRESIDING
## CIVIL MINUTES



FILED
DISTRICT COURT OF GUAM
JUL - 5 2005
MARY L.M. MORAN
CLERK OF COURT

CASE NO. CV-03-00017     DATE: 07/052005     TIME: 10:34 a.m.

CAPTION: **LUAN Q. TRINH, et al.**  -vs-  **MARYFE A. CULIAT, et al.**

***

Courtroom Deputy: Leilani Toves Hernandez
Court Reporter: Wanda Miles
Hearing Electronically Recorded - Run Time: 10:34:07 - 10:43:17

Law Clerk: Amy Loeliger
CSO: F. Tenorio

*** APPEARANCES ***

**COUNSEL FOR PLAINTIFF(s):**

WAYSON WONG

**COUNSEL FOR DEFENDANT(s):**

VINCE LEON GUERRERO

OTHERS PRESENT

---

**PROCEEDINGS:      FINAL PRETRIAL CONFERENCE**

( ) MOTION (S) ARGUED BY    ( ) PLAINTIFF    ( ) DEFENDANT
( ) MOTION(s)  __ Granted  __ Denied  ____Settled  ____Withdrawn  ____Under Advisement
( ) ORDER SUBMITTED ____ Approved ____ Disapproved
( ) ORDER to be Prepared By:
( ) PROCEEDINGS CONTINUED TO: _____ at _____

**NOTES:**

> Motion for Reconsideration of Order on Expert Witness - The Court disclosed to parties that he met the expert witness while en route to Guam. Mr. Wong informed the Court that defense had an additional motion to exclude two additional witnesses and he just filed a motion for leave to file first amended complaint. Mr. Wong further stated that none of motions have been opposed in writing and requested for a deadline to file written opposition. Mr. Leon Guerrero moved for the Court to issue it's ruling today. The Court instructed parties to submit their responses by close of business tomorrow. Hearing on the motions is set for Friday, July 8, 2005 at 9:30 a.m.

Both parties stated that they had no objections to the Court sitting as settlement Judge. The Court instructed parties to meet in Chambers after the hearing to discuss the possibility of settlement.

COURTROOM DEPUTY: ____