Wayson W. S. Wong, Esq.
Law Offices of Wayson Wong
142 Seaton Blvd., Suite 203
Hagatna, Guam 96910
Phone: 475-7448

Attorney for Plaintiff Luan Q. Trinh

FILED
DISTRICT COURT OF GUAM
JUL -8 2005
MARY L.M. MORAN
CLERK OF COURT

IN THE DISTRICT COURT OF GUAM

TERRITORY OF GUAM

| | |
|---|---|
| LUAN Q. TRINH and CHI LUONG, h/w<br><br>Plaintiffs,<br><br>vs.<br><br>MARYFE A. CULIAT and FELY A. CULIAT,<br><br>Defendants. | Civil Case No. 03-00017<br><br>CERTIFICATE OF SERVICE |

### CERTIFICATE OF SERVICE

I hereby certify that on July 1, 2005, a copy of the Plaintiff Luan Q. Trinh's Witness List, Plaintiff Luan Q. Trinh's Exhibit List, and Plaintiff Luan Q. Trinh's Depositions for Trial, were duly served by personal delivery upon the following at his last known address.

> Vincent Leon Guerrero, Esq.
> Klemm, Blair, Sterling & Johnson
> Suite 1008, Pacific News Building
> 238 Archbishop F. C. Flores St.
> Hagatna, Guam 96910
> Attorney for Defendants Maryfe A. Culiat
> and Fely A. Culiat

Dated: Hagatna, Guam, July 6, 2005.

                                        _____
                                        Wayson W. S. Wong
                                        Attorney for Plaintiff Luan Q. Trinh