Wayson W. S. Wong, Esq.
Law Offices of Wayson Wong
142 Seaton Blvd., Suite 203
Hagatna, Guam 96910
Phone: 475-7448

Attorney for Plaintiff Luan Q. Trinh

FILED
DISTRICT COURT OF GUAM
JUL -8 2005
MARY L.M. MORAN
CLERK OF COURT

IN THE DISTRICT COURT OF GUAM

TERRITORY OF GUAM

| | |
|---|---|
| LUAN Q. TRINH and CHI LUONG, h/w, <br><br> Plaintiffs, <br><br> vs. <br><br> MARYFE A. CULIAT and FELY A. CULIAT, <br><br> Defendants. | Civil Case No. 03-00017 <br><br> CERTIFICATE OF SERVICE |

## CERTIFICATE OF SERVICE

I hereby certify that on the date indicated below, a copy of each of the (1) Request for Settlement Conference and Order; (2) Ex Parte Motion for One Day Extension to File Trial Pleadings and other Documents for Trial and Order; (3) Plaintiff Luan Q. Trinh's First Amended Exhibit List; (4) Pretrial Order and (5) Plaintiff Luan Q. Trinh's Motion for Leave to File First Amended Complaint; Memorandum in Support of Motion was duly served by personal Delivery on the following.

ORIGINAL

Vincent Leon Guerrero, Esq.
Klemm, Blair, Sterling & Johnson
Suite 1008, Pacific News Building
238 Archbishop F. C. Flores St.
Hagatna, Guam 96910

Attorney for Defendants Maryfe A. Culiat
and Fely A. Culiat

Dated: Hagatna, Guam, July 5, 2005.

_____
Wayson W. S. Wong
Attorney for Plaintiff Luan Q. Trinh