| 1 | KLEMM, BLAIR, STERLING & JOHNSON |
|---|---|

KLEMM, BLAIR, STERLING & JOHNSON
A PROFESSIONAL CORPORATION
1008 PACIFIC NEWS BUILDING
238 ARCHBISHOP F.C. FLORES STREET
AGANA, GUAM 96910
TELEPHONE 477-7857

By VINCENT LEON GUERRERO

Attorneys for *Defendants Maryfe A. Culiat and Fely A. Culiat*



**FILED**
DISTRICT COURT OF GUAM
JUL 11 2005
MARY L.M. MORAN
CLERK OF COURT



69

## IN THE DISTRICT COURT OF GUAM
## TERRITORY OF GUAM

| LUAN Q. TRINH and CHI LUONG, h/w, | ) | CIVIL CASE NO. 03-00017 |
|---|---|---|
| Plaintiffs, | ) | |
| vs. | ) | **MOTION TO DISMISS** |
| | ) | **WITH PREJUDICE** |
| MARYFE A. CULIAT and FELY A. CULIAT, | ) | |
| Defendants. | ) | |

**COME NOW** Defendants **MARYFE A. CULIAT** and **FELY CULIAT** ("Defendants") and move for dismissal with prejudice of Plaintiff **CHI LUONG**'s claims for failure to prosecute her claims. This motion is brought pursuant to Rule 41(b) of the Federal Rules of Civil Procedure.

### FACTS

Around December 17, 2002 Chi Luong ("Plaintiff") and Luan Q. Trinh brought this action in the United States District Court for the Eastern District of Pennsylvania. The action was transferred to the District Court of Guam, Territory of Guam.

Through this Court's Trial Order dated March 22, 2005, trial was set for July 6, 2005. The trial date was then moved to July 12, 2005 to accommodate the Court's scheduling concerns. On July

5, 2005, this Court held a pretrial conference and was informed that Plaintiff's claims would not be pursued. Luan Q. Trinh's claims have been settled.

LAW

Rule 41(b) of the Federal Rules of Civil Procedure provides the Court with the power to dismiss an action or claim for failure to prosecute. "Unless the court in its order for dismissal otherwise specifies, a dismissal under this subdivision . . . operates as an adjudication upon the merits." FED. R. CIV. P. 41.

With the trial date one day from the drafting of this motion, it appears that Plaintiff will not be attending trial and thus not prosecute her claim. As such, Defendants request this Court grant their motion to dismiss Plaintiff's claim with prejudice.

**RESPECTFULLY SUBMITTED** this 11th day of July, 2005.

KLEMM, BLAIR, STERLING & JOHNSON
A PROFESSIONAL CORPORATION

BY: *[signature]*
VINCENT LEON GUERRERO
*Attorneys for Defendants Maryfe A. Culiat and Fely A. Culiat*

V49\14226-177
G:\WORD97\OFFICE\WORDDOC\DONGBU\PLD\583A-MOTION TO DISMISS RE TRINH V CULIAT.DOC