KLEMM, BLAIR, STERLING & JOHNSON
A PROFESSIONAL CORPORATION
1008 PACIFIC NEWS BUILDING
238 ARCHBISHOP F.C. FLORES STREET
AGANA, GUAM 96910
TELEPHONE 477-7857

By **VINCENT LEON GUERRERO**

Attorneys for  Defendants Maryfe A. Culiat and Fely A. Culiat

**FILED**
DISTRICT COURT OF GUAM
JUL 11 2005
MARY L.M. MORAN
CLERK OF COURT

## IN THE DISTRICT COURT OF GUAM
## TERRITORY OF GUAM

| | |
|---|---|
| LUAN Q. TRINH and CHI LUONG, h/w, ) | CIVIL CASE NO. 03-00017 |
| ) | |
| Plaintiffs, ) | |
| ) | |
| vs. ) | |
| ) | **CERTIFICATE OF SERVICE** |
| MARYFE A. CULIAT and FELY A. CULIAT, ) | |
| ) | |
| Defendants. ) | |

I, **VINCENT LEON GUERRERO**, hereby certify that a true copy of the **MOTION TO DISMISS** was served via mail to Chi Luong's last known address on July 11, 2005 addressed as follows:

CHI LUONG
1 SPRING RIDGE COURT
BLACKWOOD, NJ 08012

and that a copy was served on Wayson Wong at:

WAYSON WONG, ESQ.
THE LAW OFFICES OF WAYSON WONG
142 SEATON BOULEVARD
SUITE 203 HAGÅTÑA, GUAM 96910

DATED: JULY 11, 2005

_____
VINCENT LEON GUERRERO

V49\14226-177
G:\WORD97\OFFICE\WORDDOC\DONGBU\PLD\583C-COS RE TRINH V CULIAT.DOC