KLEMM, BLAIR, STERLING & JOHNSON
A PROFESSIONAL CORPORATION
1008 PACIFIC NEWS BUILDING
238 ARCHBISHOP F.C. FLORES STREET
AGANA, GUAM 96910
TELEPHONE 477-7857

By VINCENT LEON GUERRERO

Attorneys for *Defendants Maryfe A. Culiat and Fely A. Culiat*

IN THE DISTRICT COURT OF GUAM
TERRITORY OF GUAM

| | |
|---|---|
| LUAN Q. TRINH and CHI LUONG, h/w, ) <br> ) <br> Plaintiffs, ) <br> ) <br> vs. ) <br> ) <br> MARYFE A. CULIAT and FELY A. CULIAT, ) <br> ) <br> Defendants. ) | CIVIL CASE NO. 03-00017 <br><br> **STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE** |

**IT IS HEREBY STIPULATED** by and between, the parties hereto, through their respective attorneys of record, that Luan Q. Trinh's claims be dismissed with prejudice. The above-referenced parties further agree that they shall bear their own respective attorneys' fees and costs.

LAW OFFICE OF WAYSON W.S. WONG

BY: _____
WAYSON W.S. WONG
*Attorneys for Plaintiff Luan Q. Trinh*

DATED: JULY __11__, 2005

KLEMM, BLAIR, STERLING & JOHNSON
A PROFESSIONAL CORPORATION

BY: _____
VINCENT LEON GUERRERO
*Attorneys for Defendants Maryfe A. Culiat, Fely A. Culiat and Dongbu Insurance Company, Ltd.*

DATED: JULY __11__, 2005

**ORDER**

SO ORDERED AND APPROVED  July 14, 2005

_____
HONORABLE ROBERT M. TAKASUGI, Designated
JUDGE, DISTRICT COURT OF GUAM

FILED
DISTRICT COURT OF GUAM
JUL 14 2005
MARY L.M. MORAN
CLERK OF COURT

I hereby certify that the annexed instrument is a true copy of the original on file in my office.
ATTEST: CLERK OF COURT
District Court of Guam
Territory of Guam
By: _____ Deputy Clerk

RECEIVED
JUL 11 2005
DISTRICT COURT OF GUAM
HAGATNA, GUAM

ORIGINAL

V49\14226-136

Case 1:03-cv-00017   Document 74   Filed 07/14/2005   Page 1 of 1