

**FILED**
DISTRICT COURT OF GUAM
JUL 14 2005
MARY L.M. MORAN
CLERK OF COURT



# DISTRICT COURT OF GUAM
# TERRITORY OF GUAM

| | |
|---|---|
| LUAN Q. TRINH and CHI LUONG, h/w,<br>Plaintiffs,<br>vs.<br>MARYFE A. CULIAT and FELY A. CULIAT,<br>Defendants. | CIVIL CASE NO. 03-00017<br><br>**JUDGMENT** |

Judgment is hereby entered in accordance with the Stipulation and Order for Dismissal With Prejudice filed on July 14, 2005.

Dated this 14th day of July, 2005, Hagatna, Guam.

MARY L. M. MORAN
Clerk of Court

By: _____
Deputy Clerk



Notice is hereby given that this document was entered on the docket on 7/14/05. No separate notice of entry on the docket will be issued by this Court.
Mary L. M. Moran
Clerk, District Court of Guam
By: _____ 7/14/05
Deputy Clerk        Date

**ORIGINAL**