


UNITED STATES DISTRICT COURT

DISTRICT OF GUAM

| | |
|---|---|
| LUAN Q. TRINH and CHI LUONG,<br><br>    Plaintiffs,<br><br>vs.<br><br>MARYFE A. CULIAT and FELY A. CULIAT,<br><br>    Defendants. | CIVIL CASE NO. 03-00017<br><br>**NOTICE OF ENTRY** |

Notice is hereby given that the Stipulation and Order for Dismissal with Prejudice filed July 14, 2005, in the above entitled matter was entered on the docket on the 14th day of July, 2005.

Dated this 15th day of April, 2005.

                              MARY L. M. MORAN
                              Clerk of Court

                              By: _____
                              Deputy Clerk

**ORIGINAL**